UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DHI Group, Inc. et al §
§
§
    Plaintiffs §
§
V. §
§       CA-H-16-1670
David W. Kent, Jr. et al §

    Defendants

### NOTICE OF SETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:    BOB CASEY FEDERAL BUILDING
           515 RUSK
           HOUSTON, TEXAS 77002
           COURTROOM 700, 7th FLOOR

**DATE:**    September 1, **2016**

TIME:    **10:00 A.M.**

TYPE OF PROCEEDING: Scheduling Conference.

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700, CONFERENCE CODE: 803530.**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE        DATE:06.20.16

/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD