IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOE NOS. 1-10, <br><br> Defendants. | §§§§§§§§§§§§§§§§§ <br><br> C.A. NO.: 4:16-cv-01670 |

**PLAINTIFFS DHI GROUP, INC.'S AND RIGZONE.COM, INC.'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs DHI Group, Inc. f/k/a DICE Holdings, Inc. ("DHI Group") and Rigzone.com, Inc. ("Rigzone") (collectively, "Plaintiffs") hereby certify that the following are persons who or which are financially interested in the outcome of the case:

1. Plaintiff <u>DHI Group, Inc.</u> is a publicly traded company. Sterling Capital Management LLC owns approximately 10.4% of DHI Group, Inc. and is a subsidiary of <u>BB&T Corporation</u>, which is a publicly traded company;

2. Plaintiff Rigzone.com, Inc. is a wholly owned subsidiary of <u>DHI Group, Inc.</u>, which is a publicly traded company. Sterling Capital Management LLC owns approximately 10.4% of DHI Group, Inc. and is a subsidiary of <u>BB&T Corporation</u>, which is a publicly traded company;

3. Defendant David W. Kent, Jr.;

4. Defendant Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com;

5. Defendant Estevan Dufrin;

26269705

      6.      Defendant Matthew Kent;

      7.      Defendant Bryan Robins; and

      8.      Defendant Jeremy Antonini.

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then Plaintiffs will promptly file an amended certificate with the Court.

DATED:  June 28, 2016

          Respectfully submitted,

          BAKER BOTTS L.L.P.

          By: */s/ Kevin T. Jacobs*
              Kevin T. Jacobs
              State Bar No. 24012893
              Federal ID No. 26665
              Justin Lipe
              State Bar No. 24083401
              Federal ID No. 2053646
              Christine Ng
              State Bar No. 24087678
              Federal ID No. 2210307
              One Shell Plaza
              910 Louisiana Street
              Houston, Texas 77002-4995
              Telephone:  (713) 229-1234
              Facsimile:  (713) 229-7847
              kevin.jacobs@bakerbotts.com
              justin.lipe@bakerbotts.com
              christine.ng@bakerbotts.com

          ATTORNEYS FOR PLAINTIFFS
          DHI GROUP, INC. f/k/a DICE
          HOLDINGS, INC. AND
          RIGZONE.COM, INC.

OF COUNSEL:
Richard B. Harper
Douglas W. Henkin
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501
richard.harper@bakerbotts.com
douglas.henkin@bakerbotts.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been filed in the Court's CM/ECF system, on this 28th day of June, 2016 and will be served on all counsel of record when they make their appearance.

                                                    */s/ Kevin T. Jacobs*
                                                    Kevin T. Jacobs