# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:16-cv-01670 JURY DEMANDED |
| DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOE NOS. 1-10 | § § § § § § § | |
| Defendants. | § | |

## DEFENDANT MATTHEW KENT'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant Matthew Kent ("Defendant") files this Certificate of Interested Parties. Defendant certifies that the named parties are the only persons and entities financially interested in the outcome of this litigation.

                        Respectfully submitted,

By:   */s/ Russell Hardin, Jr.*
       Russell Hardin, Jr.
       State Bar No. 08972800
       Federal I.D. No. 19424

       ATTORNEY-IN-CHARGE FOR DEFENDANT
       MATTHEW KENT

<u>OF COUNSEL</u>:

Bob Wynne
State Bar No. 24060861
RUSTY HARDIN & ASSOCIATES, LLP
Federal I.D. No. 943939
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas  77010-4035
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                       */s/ Bob Wynne*
                       Bob Wynne