

## Declaration of David W. Kent, Jr.

1. My name is David W. Kent, Jr. I am of sound mind, am over the age of twenty-one (21), have never been convicted of a felony or other crime involving moral turpitude, and I am capable of making this declaration. Unless otherwise stated, I have personal knowledge of the matters set forth herein and could testify competently thereto if called upon to do so.

2. I am the founder of Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com ("**Oilpro**").

3. **Oilpro Terms and Conditions**

4. At the web address: http://oilpro.com/terms-and-conditions, Oilpro provides the Oilpro Terms & Conditions, which are the legal terms by which Oilpro makes its website and services available.

5. The document attached hereto as **Exhibit 1** is a true and correct copy of the current version of the Oilpro Terms and Conditions. This document was previously attached to Oilpro's Amended Answer and Counterclaims for Injunctive Relief [Docket No. 34] as Exhibit A.

6. As noted on page 1 of Exhibit 1, the Oilpro Terms and Conditions were last updated on September 2, 2015 (the "**September 2, 2015 Version**").

7. From January 11, 2014 through September 2, 2015, only one other version of the Oilpro Terms and Conditions had been posted to the Oilpro website (the "**January 11, 2014 Version**"). The only differences between the January 11, 2014 Version and the September 2, 2015 Version were contained in the "Contributors Agreement," found on page 5 of Exhibit 1.  *See* **Exhibit 2** at 1.

8. Importantly, from January 22, 2014, to the present, the Oilpro Terms and Conditions have prohibited users from: "Us[ing] automated means, including spiders, robots, crawlers, agents, or the like to download data from any database of Oilpro, or from the Site itself (for example, site or page scraping is prohibited)." See Exhibit 1 at 5 ¶ 15.

9. **Scraping of the Oilpro Website**.

10. In Oilpro's Amended Answer and Counterclaims for Injunctive Relief, Oilpro alleges that "on or before June 16, 2015, Counter-Defendants knowingly and intentionally circumvented the Technological Safeguards and other Oilpro security measures to use automated means to access the Oilpro Website and download

data, member profiles, and other information from the Oilpro Website." [Docket No. 34 at 28 – 29 ¶ 20.]

11. On June 16, 2015, I received a text message from Chez Nortman, a recruiter with the firm Progressive Global Energy & Natural Resources notifying me that he had "run a search on dice to see rz profiles and guess who they have listed on open web ... Oilpro." A true and correct copy of that text message is attached hereto as **Exhibit 3**.

12. On or around June 16, 2015, I personally saw on Dice Open Web that DHI was, in fact, displaying information from Oilpro member profiles that could only have been obtained by DHI scraping Oilpro's website, in violation of the Oilpro Terms and Conditions.

13. Also on or around June 16, 2015, other Oilpro employees saw this same Oilpro member information on the Dice Open Web, and I believe they took screen-shots showing the copied Oilpro information. I believe those screenshots were stored on an Oilpro computer.

14. On March 30, 2016, the FBI seized a number of items from Oilpro's offices pursuant to a search warrant, including Oilpro's servers, several computers, and many files. Oilpro's computers have not been returned and Oilpro still does not have access to them, which is where I believe the Dice Open Web screenshots are saved.

**My name is David W. Kent, Jr., my address is 54 N. Gary Glen Circle, Spring, Texas, 77382, and my birthday is September 22, 1975. I declare under the penalty of perjury that the facts stated in this document are true and correct.**

Executed in Montgomery County, State of Texas, on September 30, 2016.

_David W. Kent, Jr._

# Exhibit 1

Available at: http://oilpro.com/terms-and-conditions

## OILPRO TERMS AND CONDITIONS

Last Updated: Sep 2, 2015

**Terms & Conditions**

The content on this Site is provided by Oilpro and its licensors and content providers. The "Site" refers to http://oilpro.com and all other Web properties owned or operated by Oilpro now and in the future (or anything that replaces, supplements, or supersedes the Web as the site of Oilpro). Oilpro is a fully owned subsidiary of Single Integrated Operations Portal, Inc.

The basic agreement is the Terms & Conditions ("T&C") which you are now reading. The T&C sets out the legal terms by which Oilpro makes its web site and services available. When you visit Oilpro, you will automatically be bound by the T&C. By using the Site, you accept our then current T&C, as revised and updated.

**Description of Services**

What is Oilpro?

Oilpro provides you with access to a variety of resources and tools:

1. Q&A forums (questions and answers covering a variety of industry topics);
2. Posts (blogs and other informational material);
3. News, analysis, and reports (both original content and links to 3rd party sites);
4. Specific product information (posts, Q&A, and links to 3rd party sites);
5. Online communities, such as profiles, professional networks, user groups, or other communication tools; and
6. A variety of other services

(collectively "Services"). All Services offered by Oilpro, including any updates, enhancements, new features, and/or the addition of any new Web properties, are subject to the T&C.

Our Site is a 'free' site for the Oil & Gas community to share material and experiences. In order to enable Oilpro to host and operate the Site, and keep its use free to you, we need to impose legal terms on you that establish our basic rights and responsibilities between us, and

restrict your ability to take actions against us that could increase our costs of operating the site, or impose onerous obligations on us.

**Use of Services**

We need you to comply with our T&C in order to fix practical and effective rules for the orderly functioning of the Site as we see it.

Your use of the Services is subject to your continued compliance with these T&C and any other agreements, guidelines or rules that Oilpro may post in respect of its Services. We can terminate your access to the Site without warning if you fail to comply with the T&C or any other applicable Agreement, guidelines or rules published by Oilpro.

**Community Standards**

Be respectful of each other, and please recognize that we are not responsible for the acts of the community

All posts are the sole responsibility of the Contributors providing or posting such material . We do not guarantee a person's identity. Do not assume that people are who they say they are, know what they say they know, or are affiliated with whom they say they are affiliated. Content may include material that some persons will find offensive, indecent or objectionable. Always use caution when giving out any personally identifiable information in any Services.

Nothing submitted to Oilpro or to any Communications Services on our Site shall be deemed confidential. Do not reveal any private information, including but not limited to health, financial and personally identifiable information, if you do not wish this information to be published. You must not reveal the health or other private information of third parties without their knowledge and consent.

Oilpro does not control or endorse the content, messages or information found in any Services, and is not and cannot be responsible for content, messages or information, or the accuracy, integrity, or quality thereof. Oilpro will not be responsible for any reliance or decisions made based on such content, messages or information. Oilpro specifically disclaims any liability with regard to the Services and any posts, and any actions resulting from your participation in any Services and use of any Material. Managers, administrators and hosts may not be authorized spokespersons of Oilpro, and their views do not necessarily reflect those of Oilpro.

**Communication Services**

The Services may contain e-mail services, comments, forums, communities, profile pages, and/or other message or communication facilities designed to enable you to communicate with others (each a "Communication Service" and collectively "Communication Services"). You agree to use the Communication Services only to post, send and receive messages and material that are proper and, when applicable, related to the particular Communication Service. By way of example, and not as a limitation, you agree that when using the Services, you will not:

1. Use the Services in connection with surveys, contests, promotions, pyramid schemes, chain letters, junk email, spamming or any duplicative or unsolicited messages (commercial or otherwise).
2. Upload, post, email, otherwise transmit, or post links to Oilpro with respect to any raffle, contest or game requiring a fee by participants.
3. Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy and publicity) of others.
4. Publish, post, upload, distribute or disseminate any inappropriate, profane, defamatory, obscene, indecent or unlawful topic, name, material or information.
5. Upload, post, email, otherwise transmit, or post links that exploit the images of children under the age of 18, or that disclose personally identifying information belonging to children under 18 or harm minors in any other way or make any sexual request on behalf of a minor or make any sexual request of a minor.
6. "Stalk" or otherwise harass another.
7. Use, download or otherwise copy, or make available (whether or not for a fee) to a person or entity: any directory of users of the Services or other user or usage information or any portion thereof;
8. Upload, download, use, or otherwise copy, or make available (whether or not for a fee) any file(s) that contain text, images, photographs, software or other material protected by trade secret, or any intellectual property laws, including, by way of example, and not as limitation, copyright or trademark or service mark or patent laws (or by rights of privacy or publicity) unless you own or control the rights thereto or have received all necessary consent to do the same.
9. Use any material or information which are made available through the Services in any manner that infringes any copyright, trademark, patent, trade secret, or other proprietary right of any party.

10. Modify, publish, transmit, settle, transfer or sell, reproduce, create derivative works from, distribute, perform, link, display or in any way exploit Oilpro database other than for the limited purposes for which material is licensed for your use.

11. Use or exploit any part of the Site or any software deployed in connection with the Site as, or as the content of, a service offered or supplied to other persons or entities without the express written consent of Oilpro. For example, you will not create a site or maintain a site that links to our Site for the purpose of using, indexing, reformatting, or searching and retrieving, material from our site for the benefit of users of your site, without our knowledge and express consent; we want those users to come directly to our site to obtain material as we have spent considerable time, effort, and financial resources to build and maintain the Site and to attract submissions of Code and Documents, and to attract a wide base of users.

12. Decompile, disassemble, modify, translate, adapt, reverse engineer, create derivative works from, or sublicense any software deployed in connection with Oilpro's delivery and operations. Your access to Oilpro is limited to your rights to use Services to which you are entitled to use, and only for the limited purposes of your licensed use of such Services.

13. Upload, post, email, otherwise transmit, or post links to, any content that facilitates hacking or that promotes any illegal activity, including instructions for illegal activity.

14. Upload files that contain viruses, worms, trojan horses, time bombs, trap doors, cancelbots, corrupted files, or any other similar software or programs or malicious code that may damage the operation of another's computer or property of another or are intended to interrupt, destroy or limit the functionality of Oilpro.

15. Use automated means, including spiders, robots, crawlers, agents, or the like to download data from any database of Oilpro, or from the Site itself (for example, site or page scraping is prohibited).

16. Exploit known or unknown weaknesses of the scripts or servers to disrupt or alter the Site's operation.

17. Advertise or offer to sell or buy any goods or services for any business purpose unless such Communications Service specifically allows such messages.

18. Download any file posted by another user of the Services that you know, or reasonably should know, cannot be legally reproduced, displayed, performed, and/or distributed in such manner.

19. Falsify or delete any copyright management information, such as author attributions, legal or other proper notices or proprietary designations or labels of the origin or source of software or other material contained in a file that is uploaded.

20. Restrict or inhibit any other user from using and enjoying the Services.
21. Violate any code of conduct or other guidelines which may be applicable for any particular Service.
22. Harvest or otherwise collect or store information about others, including e-mail addresses.
23. Use, download or otherwise copy, or provide (whether or not for a fee) to a person or entity any directory of users of the Services or other user or usage information or any portion thereof.
24. Violate any applicable laws or regulations.
25. Create a false identity for the purpose of misleading others.
26. Impersonate any person, including an employee, contractor, forum leader, guide or host of Oilpro, or falsely state or otherwise misrepresent your affiliation with a person or entity.
27. Employ misleading email addresses or falsify information in the header, footer, return path, or any part of any communication, including emails, transmitted through Oilpro.
28. Create multiple accounts with the purpose of altering polls or affecting voting.
29. Upload, post, email, otherwise transmit, or post links to any material, or act in any manner, that is offensive to Oilpro community or the spirit of these T&C.
30. Breach any posted limitations on usage, reproduction and/or dissemination; you are responsible for adhering to such limitations if you download the materials.

**Contributors Agreement**

You represent, warrant, and confirm that:

a. No Infringement: To the best of your knowledge and belief, after reasonable inquiry, your Work does not knowingly infringe the rights of any third party, including but not limited to, rights in copyrights, patents, trade marks, service marks, trade secrets, privacy, personality, or other proprietary rights.

b. Oilpro is committed to helping companies, people and organizations protect their intellectual property rights. To report claims of intellectual property infringement, including but not limited to copyright and trademark infringements, please send an email to support@oilpro.com

c. Using a company or business name, logo, or other trademark-protected materials in a manner that may mislead or confuse others or be used for financial gain may be con-

sidered a trademark policy violation. Accounts with clear intent to mislead others will be suspended; even if there is not an explicit trademark policy violation, attempts to mislead others may result in suspension.

d. You have necessary Rights to your Work: You are the author of the Work and have not assigned your rights or had such rights vest in any third party by contract, operation of law or otherwise or if not the author, you have secured all necessary rights and licenses from the owner(s); and you have the right to grant the rights and licenses contained herein.

e. No malicious code: You have not included, and to the best of your knowledge and belief, after reasonable inquiry, your Work does not contain, any virus, Trojan horse, worm, spyware, adware, or other harmful or malicious code.

f. We have the right to identify you: Oilpro can and shall publish your name and/or site ID in connection with your Work, and if you require end users to contact you for any reason in connection with licensing of your Work, Oilpro can and shall publish your contact information.

g. We don't want to breach other publisher's rights: If the Work is a previously published work, Contributor must give Oilpro notice of the prior publication and provide the consent of all copyright holders to the Work being posted on Oilpro and made available to users of the Site.

The Work is otherwise provided "as is", "where is", "as available", without warranty or guarantee of any kind. This means no express, implied or statutory warranty, including without limitation, warranties or conditions of merchantability or fitness for a particular purpose.

Nothing in this Contributor's Agreement restricts or limits your pre-existing rights to use, publish, perform, or distribute your Work.

Submissions are Received Without Payment to You: Your submissions and the rights and licenses you grant are provided without cost to Oilpro and to participants in Oilpro Site. You accept that you receive benefit sufficient to constitute any necessary good and valuable consideration for the rights and licenses granted herein.

Rights of Oilpro: You grant Oilpro, its affiliated companies and necessary sub-licensees a worldwide, perpetual, royalty-free, irrevocable, non-exclusive, fully assignable and transferable

right and license, to edit, adapt, translate, reformat your Work, to post your Work (eg. publish, display, perform, digitally perform) anywhere on our Site, to do what Oilpro feels it needs to do to manage and update the Site, to make and maintain back-up and archival copies, and to make your Work available to End Users in accordance with this Agreement and the Oilpro EULA.

Oilpro has no obligation to police compliance with any participant's use or misuse of any Work and the Contributor releases Oilpro from all liability arising from any use or misuse of the Work by a participant in Oilpro Site.

By making any submission of Work to Oilpro, you understand that you have read and agreed to the above usage terms. These terms will be strictly enforced.

**Minors**

We do not want to have responsibility for issues concerning minors

In cases where you have authorized a minor to use the Oilpro Site, a site owned by Oilpro or any of the Services, you recognize that you are fully responsible for: (i) the online conduct of such minor; (ii) controlling the minor's access to and use of the Oilpro Site, a site owned by Oilpro or any of the Services; and (iii) the consequences of any misuse by the minor. You acknowledge that some of the areas of Oilpro Site (or affiliated sites) may contain material that is inappropriate for minors.

**Privacy**

Oilpro values your privacy and you can find our privacy policy here.

**Limitation of Liability**

The "We are not liable clause". This allows us to keep our costs down and still allow relatively free and open disclosure from our contributors

OILPRO AND/OR ITS RESPECTIVE SUPPLIERS AND CONTRIBUTORS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE INFORMATION CONTAINED IN THE MATERIAL PUBLISHED AS PART OF THE SERVICES FOR ANY PURPOSE. ALL MATERIAL IS PROVIDED "AS IS", "WHERE IS", "AS AVAILABLE", WITHOUT WARRANTY OF ANY KIND. OILPRO AND/OR ITS RESPECTIVE SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD

TO ALL MATERIAL, INCLUDING ALL WARRANTIES AND CONDITIONS OF MERCHANTABILITY, WHETHER EXPRESS, IMPLIED OR STATUTORY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

THE MATERIAL PUBLISHED ON THE SERVICES COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. OILPRO AND/OR ITS RESPECTIVE SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED HEREIN AT ANY TIME.

**YOU RELEASE, INDEMNIFY AND HOLD HARMLESS OILPRO, ITS AFFILIATES, EMPLOYEES, CONTRACTORS, AGENTS, AND ASSIGNS FROM ALL LIABILITY FOR LOSS OR DAMAGE HOWSOEVER OCCASIONED RESULTING FROM YOUR USE, MISUSE, RELIANCE UPON, OR INABILITY TO USE ANYTHING FOUND ON OILPRO, AND FROM OILPRO'S USE, MISUSE, OR NON-USE OF ANY POSTS SUBMITTED, AND FROM ANY BUGS, VIRUS OR OTHER MALICIOUS CODE, ERRORS IN, INTERRUPTION, SUSPENSION, OR TERMINATION OF ANY SERVICES.**

IN NO EVENT SHALL OILPRO AND/OR ITS RESPECTIVE SUPPLIERS BE LIABLE FOR ANY DIRECT, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM USE, LOSS OF USE, LOSS OF DATA OR LOSS OF PROFITS, OR OTHERWISE, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF MATERIAL AVAILABLE FROM THE SERVICES, THE PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR INFORMATION AVAILABLE FROM THE SERVICES. ABSENT GROSS NEGLIGENCE OR GROSS MISCONDUCT BY OILPRO, IN NO EVENT SHALL Oilpro BE LIABLE FOR ANY DAMAGES WHATSOEVER, UNDER ANY LEGAL THEORY.

**Links to Other Sites**

If another site causes you damages, look to that other site for relief

Oilpro does not endorse the owners of, or the content, products or services on any third-party Web sites. Linked sites are not under the control of Oilpro and Oilpro is not responsible for the contents of linked third-party sites, indexes or directories, sites framed within this Site, or third-party advertisements, or any changes or updates to such sites. Oilpro is not responsible for any form of transmission received from any linked site, and Oilpro does not make any representations regarding their content, accuracy or non-infringement. Oilpro does not

endorse any product or service advertised on this Site. Your use of third-party Web sites is at your own risk and subject to the terms of use for such sites. You should be aware that both the terms of use and the privacy policies of linked sites may differ from those of Oilpro.

**Limitation of Action**

In the event that any action or other proceeding is sought to be brought against Oilpro for any purpose, you agree, notwithstanding any legislative Statute of Limitations to the contrary, that such proceeding must be brought within one year of the action or event giving rise to the cause of action, or such proceedings shall be forever barred as against Oilpro and any persons who in law or at equity could claim contribution or indemnity against Oilpro.

**Protection against Your Breach**

We need to be able to operate a site that many people can feel comfortable using, without liability to us

You agree to indemnify, defend and hold harmless Oilpro, its affiliates, licensors and suppliers, and the directors, officers, employees, agents, licensees, representatives and independent contractors of the foregoing from any and all claims, liabilities, costs, damages or losses they may incur (including, without limitation, attorney's fees) arising out of a violation or alleged violation by you of these T&C or arising from material posted by you or contributed by you on the Site. You agree to cooperate as fully as reasonably required in the defense of any such claim.

Oilpro reserves the right (but is not obligated) to do any or all of the following:

1. Record the dialogue submitted through the Services.
2. Investigate an allegation that a communication(s) do(es) not conform to these policies and/or the T&C and determine in its sole discretion to remove or request the removal of the communication(s).
3. Delete, move or edit communications that are determined, in the sole discretion of Oilpro, to be abusive, defamatory, obscene, in violation of copyright, patent, or trademark laws, otherwise illegal, disruptive, or otherwise unacceptable for any reason.
4. Terminate a user's access to any or all of the Services or the Site upon any breach of these policies and/or the T&C.
5. Monitor, edit or disclose any communication posted in the Site.

6. Edit or delete any communication posted in the Site, regardless of whether such communication violate Oilpro's standards.

Oilpro reserves the right to take any action it deems necessary to protect the personal safety of our guests or the public. Oilpro has no liability or responsibility to users of this Site or the Services or any other person or entity for performance or nonperformance of the aforementioned activities.

**Assignability**

Oilpro, its successors and assigns, shall have the right to assign or transfer this Agreement, all other agreements between the parties, and all Oilpro's benefits in their absolute discretion and from time to time.

**Relationship of Parties**

You and Oilpro are independent contractors. Nothing in this Agreement or any schedules or documents incorporated by reference herein or into which this Agreement is incorporated by reference into, create a partnership, joint venture, agency, or employment relationship between you and Oilpro or give you any rights or authority to bind Oilpro to any contractual or other obligations.

**Submission of Ideas and Suggestions**

Oilpro does not accept or consider unsolicited ideas, including new ideas and suggestions as to improvements to the Site, marketing, advertising, promotions, new product and service offerings, product and service names and marks ("Submissions"). Please do not send any original creative artwork, samples, demos, or other works for any such purposes. We wish to avoid confusion or misunderstanding or dispute when Oilpro's products, services or strategies might seem similar to Submissions. Consequently, we advise you that any Suggestion made to Oilpro will not be treated as proprietary information of you, and will be received by Oilpro without any obligations of confidence whatsoever. Second, you grant Oilpro, its affiliated companies and necessary sub-licensees permission to use and a grant of a worldwide, non-terminable, royalty-free, full assignable and transferable right and license in perpetuity to use and apply your Suggestions for any purpose(s) Oilpro considers fit in its sole discretion. Third, Oilpro is under no obligation to use your Suggestion or pay you anything for your Suggestion. Fourth, you confirm that you will own or otherwise control all of the rights to your Sub-

mission including, without limitation, all the rights necessary for you to provide, post, upload, input or submit, or for Oilpro to use your Submissions.

If you identify problems with the usability, operability, or interoperability of Oilpro or any Services, you may deliver or suggest amendments or "bug fixes" for Oilpro's consideration. Oilpro shall have the absolute right to incorporate all such amendments or "bug fixes" accepted by Oilpro into products and Services provided by Oilpro for all purposes, without any payment or other compensation to you. All right, title and interest to any submitted amendments or "bug fixes", whether accepted or not, shall transfer to Oilpro at no cost to Oilpro as a royalty free right granted in perpetuity.

If you wish to present a business proposition between yourself and Oilpro on a confidential basis, you should first enter into negotiations with Oilpro to sign a non-disclosure agreement, and only after such non-disclosure agreement is signed will any disclosure be deemed confidential, and only to the extent and for the purposes contained in that agreement.

**Material Inducement**

You expressly acknowledge that Oilpro has entered into this agreement, and has and will make its Site and Services available to you in reliance upon the limitations and exclusions of liability and the disclaimers set forth herein, and that the same form an essential basis of the bargain between you and Oilpro. You expressly agree that the limitations and exclusions of liability and the disclaimers set forth herein will survive, and continue to apply in the case of, a fundamental breach or breaches, the failure of essential purpose of contract, the failure of any exclusive remedy or termination of this agreement.

**General**

If any provision of these T&C is found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these T&C, which shall remain in full force and effect. No waiver of any of these T&C shall be deemed a further or continuing waiver of such term or condition or any other term or condition. Your obligations to Oilpro contained in these T&C and in all applicable agreements between yourself and Oilpro shall survive termination.

**Governing Law, Choice of Forum and Agreement to Arbitrate**

This Agreement shall be governed by and construed in accordance with the substantive laws of the State of Texas, United States of America, without regard to principles of conflicts of law, and any action regarding same or the use of this website and the services provided by Oilpro shall be initiated and maintained in a forum of competent jurisdiction in Houston, Harris County, Texas, United States of America. Any such legal actions or disputes shall be resolved by binding arbitration pursuant to the rules of the American Arbitration Association.

## Exhibit 2

```
<div class="clean-type">
    <div class="pane-section" style="padding-bottom: 0px">         9   <div class="pane-section" style="padding-bottom: 0px">
        <h1 class="pane-header">@Tenant.Title Terms and Conditions</h1>    10       <h1 class="pane-header">@Tenant.Title Terms and Conditions</h1>
        <p class="pane-subheader"><b>Last Updated</b>: Jan 11, 2014</p>    11       <p class="pane-subheader"><b>Last Updated</b>: Sep 2, 2015</p>
    </div>                                                        12   </div>
                                                                  13
                                                                  14   <div class="clean-type">
```

January 11, 2014 Version

    <p>b. @Tenant.Title is committed to helping companies, people and organizations protect their intelectual property rights. To report claims of intellectual property infringement, inlcuding but not limited to copyright and trademark infringments, please send an email to <a href="mailto:@Tenant.SupportEmail">@Tenant.SupportEmail</a></p>
    <p>c. Using a company or business name, logo, or other trademark-protected materials in a manner that may mislead or confuse others or be used for financial gain may be considered a trademark policy violation. Accounts with clear intent to mislead others will be suspended; even if there is not an explicit trademark policy violation, attempts to mislead others may result in suspension.</p>
    <p>d. You have necessary Rights to your Work: You are the author of the Work and have not assigned your rights or had such rights vest in any third party by contract, operation of law or otherwise or if not the author, you have secured all necessary rights and licenses from the owner(s); and you have the right to grant the rights and licenses contained herein.</p>
    <p>e. No malicious code: You have not included, and to the best of your knowledge and belief, after reasonable inquiry, your Work does not contain, any virii, Trojan horse, worm, spyware, adware, or other harmful or malicious code.</p>
    <p>f. We have the right to identify you: @Tenant.Title can and shall publish your name and/or site ID in connection with your Work, and if you require end users to contact you for any reason in connection with licensing of your Work, @Tenant.Title can and shall publish your contact information.</p>
    <p>g. We don't want to breach other publisher's rights: If the Work is a previously published work, Contributor must give @Tenant.Title notice of the prior publication and provide the consent of all copyright holders to the Work being posted on @Tenant.Title and made available to users of the Site.</p>

September 2, 2015 Version

    <p>a. No Infringement: To the best of your knowledge and belief, after reasonable inquiry, your Work does not knowingly infringe the rights of any third party, including but not limited to, rights in copyrights, patents, trade marks, service marks, trade secrets, privacy, personality, or other proprietary rights.</p>
    <p>b. You have necessary Rights to your Work: You are the author of the Work and have not assigned your rights or had such rights vest in any third party by contract, operation of law or otherwise or if not the author, you have secured all necessary rights and licenses from the owner(s); and you have the right to grant the rights and licenses contained herein.</p>
    <p>c. No malicious code: You have not included, and to the best of your knowledge and belief, after reasonable inquiry, your Work does not contain, any virii, Trojan horse, worm, spyware, adware, or other harmful or malicious code.</p>
    <p>d. We have the right to identify you: @Tenant.Title can and shall publish your name and/or site ID in connection with your Work, and if you require end users to contact you for any reason in connection with licensing of your Work, @Tenant.Title can and shall publish your contact information.</p>
    <p>e. We don't want to breach other publisher's rights: If the Work is a previously published work, Contributor must give @Tenant.Title notice of the prior publication and provide the consent of all copyright holders to the Work being posted on @Tenant.Title and made available to users of the Site.</p>

# Exhibit 3



Declaration of David W. Kent, Jr.
Exhibit 3 – June 16, 2015 Text Message