From: "Nortman, Chez" <c.nortman@progressivege.com>
Date: October 24, 2016 at 10:14:15 AM CDT
To: "'mpksmu@gmail.com'" <mpksmu@gmail.com>
Subject: FW: dice

**Exhibit C**

Chez Nortman

Progressive Global Energy & Natural Resources
2 Houston Center, 909 Fannin, Suite P-350, Houston, TX

------------------------------------------------
T:  +1 832 900 5965
M: +1 713 775 5688
E:  c.nortman@progressivege.com
Global Village: 234-5965
------------------------------------------------

www.progressivege.com


From: Nortman, Chez
Sent: 16 June 2015 14:59
To: 'mkent@stonefortgroup.com' <mkent@stonefortgroup.com>
Subject: dice





Chez Nortman

**Progressive Global Energy & Natural Resources**
2 Houston Center, 909 Fannin, Suite P-350, Houston, TX

-------------------------------------------------
T:  +1 832 900 5965
M: +1 713 775 5688
E: c.nortman@progressivege.com
Global Village: 234-5965
-------------------------------------------------

www.progressivege.com

This e-mail is sent for and on behalf of Progressive, a trading division of Specialist Staffing Solutions Inc. | Registration No: 5742907 | Registered Office: Corporation Trust Center, 1209 Orange Street Wilmington, DE 19801, USA

This electronic transmission is strictly confidential and intended solely for the addressee. If you are not the intended addressee, or have otherwise received this transmission in error, you must not disclose, copy or take any action in reliance on the information contained within this transmission. If you have received this transmission in error, please notify Progressive at audit.data@progressiverecruitment.com immediately and permanently delete it.