**COURTROOM MINUTES- ORDER**
JUDGE <u>NANCY K. JOHNSON  PRESIDING</u>
DATE:<u> May 12, 2017                      </u>
ERO:  <u> Yes                                       </u>
MORNING <u>9:06-10:05AM         </u>      AFTERNOON <u>                                                        </u>
*****************************************************************************

CIVIL  NO  4:16cv1670

APPEARANCES:

DHI Group, Inc. et al,                                     Kevin Thomas Jacobs
       Plaintiffs                                      Justin Guy Lipe
vs.

David W. Kent, Jr. et al                                James G. Munisteri
       Defendants                                    Marla Thompson Poirot
                                                     Murtaza Sutarwalla Sutarwalla

*****************************************************************************
DOCKET ENTRY

NKJ: <u>Motion Hearing. **(AMENDED)**</u>

<u>Plaintiff's Motion to Compel (Doc. 104) is GRANTED IN PART, DENIED IN PART. Defendant</u>

<u>Kent shall turn over a balance sheet  net worth statement and all statements or testimony given to</u>

<u>law enforcement within 10 days.  If parties have any additional questions on production, parties will</u>

<u>come back on May 19, 2017 at 2:00 p.m..</u>

    SIGNED in Houston, Texas, this <u>19</u>[th]  day of May, 2017.

                                                          U.S. MAGISTRATE JUDGE