```
            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION
```

DHI Group, Inc., et al § § §
    Plaintiffs §
§
V. §
§   CA-H-16-1670
David W. Kent, Jr. et al §

    Defendant

## NOTICE OF SETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**DATE:**     October 16, 2017

TIME:     **2:00 P.M.**

TYPE OF PROCEEDING: Status Conference. **(BY PHONE)**

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700, CONFERENCE CODE: 803530.**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE     DATE:10.11.2017

/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD