United States District Court
Southern District of Texas
**ENTERED**
October 19, 2017
David J. Bradley, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>NANCY K. JOHNSON  PRESIDING</u>
DATE: <u>October 16, 2017</u>
ERO:  <u>Yes</u>
MORNING _____     AFTERNOON <u>2:02-2:15PM</u>
****************************************************************************

CIVIL  NO  4:16cv1670

<u>APPEARANCES:</u>

DHI Group, Inc. et al                                              Kevin Thomas Jacbobs
                                                                                Justin Guy Lipe
        Plaintiffs
vs.

David W. Kent, Jr. et al                                          James G. Munisteri
                                                                                Marla Thompson Poirot
     Defendants **(BY PHONE)**          Chris Harvey

****************************************************************************

DOCKET ENTRY

NKJ: <u>Discovery Hearing.</u>

<u>Status Conference held on the record. Response to motion for arbitration due by October 30, 2017. Discovery cutoff 04/30/18. Rebuttal experts' reports due by 02/23/18. Dispositive motions due by 06/04/18. Each side is permitted ten depositions. Any additional depositions must be with leave of court.</u>

SIGNED in Houston, Texas, this <u>19th</u> day of October , 2017.

_____
U.S. MAGISTRATE JUDGE