IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOES NOS 1-10, <br><br> *Defendants.* | C.A. NO.: 16-cv-01670 |

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs DHI Group, Inc. f/k/a Dice Holdings, Inc. and Rigzone.com, Inc. ("Plaintiffs") request that Kevin T. Jacobs, Justin Lipe, and Christine N. Ng of the firm Baker Botts LLP, 910 Louisiana St., Houston, TX 77002, be allowed to withdraw as counsel of record for Plaintiffs in in the above-captioned case, that they be removed from the electronic service list in this case, and that Walter Lynch (who will serve as attorney in charge for Plaintiffs), Amir Halevy, and Jeb Golinkin of the firm Jordan, Lynch & Cancienne PLLC, 1980 Oak Blvd., Suite 2300, Houston, TX 77056 be substituted as counsel of record for Plaintiffs. If this Motion is granted, electronic notices should be sent to:

**Walter Lynch**
State Bar No. 24046330
Federal I.D. No. 965265
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713-955-4026 (Telephone)
713-955-9644 (Fax)
wlynch@jlcfirm.com

**Amir Halevy**
State Bar No. 24065356
Federal I.D. No. 1259956
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713-955-4021 (Telephone)
713-955-9644 (Fax)
ahalevy@jlcfirm.com

**Joseph ("Jeb") W. Golinkin II**
State Bar No. 24087596
Federal I.D. No. 2515657
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713-955-4019 (Telephone)
713-955-9644 (Fax)
jgolinkin@jlcfirm.com

This withdrawal and substitution of counsel has been agreed to by Defendants David Kent, Matthew Kent, and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com, and is not sought for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant this Unopposed Motion to Substitute Counsel.

Respectfully submitted,

**BAKER BOTTS LLP**

By: *Kevin Jacobs (with permission)*
    **Kevin T. Jacobs**
    State Bar No. 24012893
    Federal ID No. 26665
    One Shell Plaza
    910 Louisiana Street
    Houston, Texas 77002-4995
    713-229-1234 (Telephone)
    713-229-7847 (Fax)
    kevin.jacobs@bakerbotts.com

**JORDAN, LYNCH & CANCIENNE PLLC**

By: *s/Walter Lynch*
    **Walter Lynch**
    State Bar No. 24046330
    Federal I.D. No. 965265
    **Amir Halevy**
    State Bar No. 24065356
    Federal I.D. No. 1259956
    **Joseph ("Jeb") W. Golinkin II**
    State Bar No. 24087596
    Federal I.D. No. 2515657
    1980 Post Oak Blvd., Ste. 2300
    Houston, Texas 77056
    713-955-4020 (Telephone)
    713-955-9644 (Fax)
    wlynch@jlcfirm.com
    ahalevy@jlcfirm.com
    jgolinkin@jlcfirm.com

    ATTORNEYS FOR PLAINTIFFS DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

>*/s/ Jeb Golinkin*
>Joseph W. Golinkin II

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOES NOS 1-10, <br><br> *Defendants.* | C.A. NO.: 16-cv-01670 |

## PROPOSED ORDER

The Court **GRANTS** Plaintiffs' Unopposed Motion to Substitute Counsel.

_____
The Honorable Gray Miller
United States District Judge

5