United States District Court
Southern District of Texas
**ENTERED**
March 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOES NOS 1-10,<br><br>*Defendants.* | C.A. NO.: 16-cv-01670 |

## PROPOSED ORDER

The Court **GRANTS** Plaintiffs' Unopposed Motion to Substitute Counsel.

_____
The Honorable Gray Miller  *Nancy Johnson*
United States District Judge
*Magistrate*

5