IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC., F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-1670 |
| DAVID W. KENT, JR. SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOE NOS. 1-10, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

The court has considered Defendants' motion to compel responses to their Requests for Production Nos. 135-138, the supplemental submission and the response thereto.

The motion is **GRANTED** with respect to documents that valued Rigzone or any portion of that business either prepared by Plaintiffs or on their behalf. This would include any document prepared by or on behalf of Plaintiffs that was submitted to a financial institution that placed a value on or allocated values of assets held by Rigzone.

Defendants' motion to compel is **DENIED** with respect to documents prepared by third parties that purport to place a value on Rigzone or any portion thereof or offers to purchase Rigzone or any portion thereof.

**SIGNED** in Houston, Texas, this 28th day of March, 2018.

_____
U.S. MAGISTRATE JUDGE