Case 4:16-cv-01670 Document 201 Filed in TXSD on 04/19/18 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOES NOS 1-10,<br><br>*Defendants.* | C.A. NO.: 16-cv-01670 |

## [PROPOSED] AMENDED SCHEDULING ORDER

1. Defendant's Rebuttal Expert Witness shall be identified in a report listing his/her qualifications, each opinion the expert will present, and the basis for his/her opinion by *June 1, 2018.*

2. Discovery must be completed by *August 1, 2018.*

3. Dispositive Motions and all other pretrial motions (including *Daubert/Kumho* motions), but *not* including other motions in limine will be filed by *September 5, 2018.*

    4.     Joint Pretrial Order shall be filed by *TBD*. Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court Procedures.

    5.     Objections to exhibits and/or witnesses shall be filed on or before *TBD.*

    6.     Docket call is held in Courtroom 9D starting at 10 a.m. on *TBD*. Absent the parties' agreement or court approval, no documents filed within five (5) days before the Docket Call will be considered at Docket Call.

Date: 04.19.2018

_____
The Honorable Nancy K. Johnson
United States Magistrate Judge