**COURTROOM MINUTES- ORDER**
JUDGE <u>NANCY K. JOHNSON  PRESIDING</u>
DATE: <u>June 19, 2018</u>
ERO:  <u>Yes</u>
MORNING <u>                              </u>        AFTERNOON <u>2:04-2:35PM                    </u>
*************************************************************************

CIVIL  NO  4:16cv1670

APPEARANCES:

DHI Group, Inc. et al                                    Watler Gaylord LLynch
                                                         Joseph Webster Golinkin, II

          Plaintiffs
vs.

David Kent, et al                                        James G. Munisteri
                                                         Heidi Rasmussen
          Defendants

*************************************************************************
DOCKET ENTRY

NKJ: <u>Motion Hearing.</u>

<u>Defendant's Emergency Sealed Motion to Compel (Doc. 205) is DENIED. The court found that</u>

<u>Plaintiffs' production of web logs was not reasonably requested by any RFP served prior to June 8,</u>

<u>2018. Plaintiff's Motion to Enforce Scheduling Order (Doc. 204) is GRANTED. The deadlines</u>

<u>remain the same as stated in Doc. 201.</u>

          SIGNED in Houston, Texas, this <u>21</u><sup>st</sup>  day of June, 2018.

                                                         _____
                                                         U.S. MAGISTRATE JUDGE