IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com, Estevan Dufrin, Matthew Kent, Bryan Robins, Jeremy Antonini, and John Does Nos. 1-10,<br><br>Defendants. | |
| Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br><br>Counter-Defendants. | Civil Action Number: 16-cv-01670 |

## Declaration of Marla Thompson Poirot

1. My name is Marla Thompson Poirot. I am over eighteen years of age, am of sound mind, have never been convicted of a felony or crime of moral turpitude, and am fully competent to make this declaration. The facts stated below are true and correct based on my personal knowledge.

2. I am engaged as counsel for Defendant and Counter-Plaintiff Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com ("Oilpro") and Defendant David W. Kent, Jr. ("Mr. Kent") in the above listed matter.

3. In responding to Plaintiffs' First Requests for Production to Oilpro, Oilpro objected to the production of documents created after March 29, 2016, when the parties had the reasonable expectation that litigation may ensue. Plaintiffs did not contest this privilege assertion, and Oilpro maintained this objection until after Mr. Kent's deposition.

4. Mr. Kent was deposed on November 20, 2017. During Mr. Kent's deposition, he was asked and answered some questions about the work he had done related to determining the source of Oilpro members.

5. In December of 2017, DHI sent its Third Requests for Production to Oilpro. These requests included Request for Production Nos. 13, 23, 24, and 28. These requests sought the following:

   a. all documents evidencing referring to or identifying to the source and or origin of Oilpro's members;

   b. all documents and communications constituting, evidencing, or relating to the work performed by Mr. Kent to source the origin of Oilpro's members and resumes;

   c. all documents and communications constituting, evidencing, or relating to the "database of every member that [Oilpro] had in [its] database up to April 1, 2016, with member I.D., email address, name, where they were sourced from," including but not limited to a copy of the database and the documents and communications you exchanged with the government about the database; and

   d. all documents, communications, and/or other evidence in support of your claim at your deposition that only 24,000 of Oilpro's members were acquired through unauthorized access of Rigzone's members database.

6. In response to these requests, Oilpro objected but also produced on or about April 6, 2018 (among other documents) the following files: (1) a Microsoft Excel file providing the total number of Oilpro members by each source category; (2) a comma-separated values (CSV) file of Rigzone members with resume id numbers and emails, provided to Mr. Kent by the FBI; (3) four documents that outline the steps and provide the code Mr. Kent used to source Oilpro's members; and (4) a Microsoft Access database file with the Oilpro database information that includes the name, email address, Oilpro Member ID, date joined, invitor and source of every Oilpro member. The bates numbers of these files are listed below:

   a. Oilpro_0008682—Oilpro Members by Source.xlsx
   b. Oilpro_0008683—RigzoneID_Email.csv
   c. Oilpro_0008684—Step 1 - Readme.docx
   d. Oilpro_0008685—Step 2 - Create Source Tables.sql
   e. Oilpro_0008686—Step 3 - Never Emailed Before.sql
   f. Oilpro_0008687—Step 4 - Load Member Source Tables.sql
   g. Oilpro_0008688—Oilpro_Members.mdb

7. The Microsoft Access database file includes a list of all Oilpro members through April 1, 2016, including name, email address, Oilpro Member ID, date joined, invitor and source of every Oilpro member.

4813-0396-7086.2

- 3 -

8. Oilpro did not produce the following documents in this same production to DHI based on the fact that they were prepared in anticipation of litigation against David Kent and Oilpro, following Mr. Kent's arrest on March 30, 2016:

   a. Oilpro_Livingston_0000002—Oilpro Member Activity by Month
   b. Oilpro_Livingston_0000003—Report - 111k Incorrect
   c. Oilpro_Livingston_0000004—Report - Member Sources
   d. Oilpro_Livingston_0000005—Report – Member PVs Revenue by Month

9. These documents contained additional work product analysis not discussed in Mr. Kent's deposition.

10. These documents were provided to Oilpro and Mr. Kent's expert Trent Livingston, who completed his work in early July 2018. These documents, as well as the entire Oilpro database, were produced to Plaintiffs at the time of Mr. Livingston's report on July 6, 2018.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on August 10, 2018

*/s/ Marla __*
Marla Thompson Poirot