**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com, Estevan Dufrin, Matthew Kent, Bryan Robins, Jeremy Antonini, and John Does Nos. 1-10,<br><br>Defendants. | Civil Action Number: 16-cv-01670 |
| Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br><br>Counter-Defendants. | |

## Declaration of Trent Livingston

1. My name is Trent Livingston. I am over eighteen years of age, am of sound mind, have never been convicted of a felony or crime of moral turpitude, and am fully competent to make this declaration. The facts stated below are true and correct based on my personal knowledge.

2. I am engaged as a structured data expert for counsel for Defendant and Counter-Plaintiff Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com ("Oilpro") and Defendant David W. Kent, Jr. ("Mr. Kent") in the above listed matter.

3. I provided an expert report on July 6, 2018 in this matter. In that report, the documents I utilized in my analysis of the total number of members converted from Rigzone include:

    a. Oilprosite.bak

    b. RigzoneID_Email.csv

    c. FEyeDHI_00001_CONFIDENTIAL_pan_logs.20140201-20140509.txt

      d.  FEyeDHI_00002_CONFIDENTIAL_rigzone_web.20131017-20131022.string-123admin.txt

      e.  FEyeDHI_00003_CONFIDENTIAL_rigzone_web.20140201-20140509.string-123admin.txt

      f.  FEyeDHI_00004_CONFIDENTIAL_rigzone_web.20140201-20140509.string-IPs.txt

4. The Oilprosite.bak is a database backup file that maintains the table structures and field types. In my analysis I restored the Oilprosite.bak file to a Microsoft SQL server and performed queries against that database backup.

5. Documents a.-f. listed above were the only documents essential to my analysis.

6. While I provided a listing of the documents provided to me in this case attached as Appendix A to my report, I did not use all of these documents in completing my analysis. My analysis was independent of the work David Kent did, and the steps he took to analyze the number of members converted from the Rigzone Database were distinct from the steps I took. Specifically, I reviewed but did not use the following to form my conclusions regarding the specific number of resumes accessed and the specific number of members converted:

- Oilpro_Livingston_0000002—Oilpro Member Activity by Month

- Oilpro_Livingston_0000003—Report - 111k Incorrect

- Oilpro_Livingston_0000004—Report - Member Sources

- Oilpro_0008682—Oilpro Members by Source.xlsx

- Oilpro_0008684—Step 1 - Readme.docx

- Oilpro_000868—Step 2 - Create Source Tables.sql

- Oilpro_0008686—Step 3 - Never Emailed Before.sql

- Oilpro_0008687—Step 4 - Load Member Source Tables.sql

7. Of the above, I inadvertently did not list Step 1 – Readme.docx in Appendix A, but I also received this document.

8. In Appendix A, I included a column entitled "Dated." This does not represent the creation date of each file. In the case of the files names: Oilpro Member Activity by Month.xlsx, Oilpro Members by Source.xlsx, Report – 111k Incorrect.sql, Report – Member Sources.sql, Report – Member PVs Revenue by Month.sql, Step 2 – Create Source Tables.sql, Step 3 – Never Emailed Before.sql, Step 4 – Load Member Source

- 3 -

Tables.sql I included the date I saved them to my computer, which reflects the date I received those files. I never stated in my report that these files were created on November 21 or 22, 2017.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct**.

Executed on July  30, 2018

*/s/ Trent Livingston*
Trent Livingston

4845-4246-1806.1