IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC.,<br><br>*Plaintiffs,*<br>v.<br>DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOES NOS 1-10,<br>*Defendants.* | C.A. NO.: 16-cv-01670 |

**CORRECTED AGREED MOTION TO DISMISS**

Plaintiffs DHI Group, Inc. and Rigzone.com, Inc. ("Plaintiffs") and Defendant Matthew Kent ("Defendant") respectfully move this Court to dismiss all claims, defenses, and counterclaims between Plaintiffs and Defendant Matthew Kent with prejudice. The parties agree that the matters in dispute in the above-captioned case between Plaintiffs and Defendant Matthew Kent have been resolved. Plaintiffs and Defendant Matthew Kent respectfully request that the Court enter an Order dismissing all claims, defenses, and counterclaims between these parties with prejudice, with each party to bear its own costs, fees, and expenses. Plaintiffs retain all other causes of action.

DATED: 8/14/18

        Respectfully submitted,

        **JORDAN, LYNCH & CANCIENNE PLLC**

By: *s/Walter Lynch*
    **Walter Lynch**
    State Bar No. 24046330
    Federal I.D. No. 965265
    **Amir Halevy**
    State Bar No. 24065356
    Federal I.D. No. 1259956
    **Joseph ("Jeb") W. Golinkin II**
    State Bar No. 24087596
    Federal I.D. No. 25657
    1980 Post Oak Blvd., Ste. 2300
    Houston, Texas 77056
    713-955-4020 (Telephone)
    713-955-9644 (Fax)
    wlynch@jlcfirm.com
    ahalevy@jlcfirm.com
    jgolinkin@jlcfirm.com

ATTORNEYS FOR PLAINTIFFS DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served by ECF on all counsel of record on this 14th day of August, 2018.

                                                    */s/ Joseph W. Golinkin II*
                                                    Joseph W. Golinkin

## **CERTIFICATE OF CONFERENCE**

I certify that Defendant Matthew Kent joins in this matter.

                                                    */s/ Joseph W. Golinkin II*
                                                    Joseph W. Golinkin

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO. 4:16-cv-01670 |
| DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ESTEVAN DUFRIN, MATTHEW KENT, BRYAN ROBINS, JEREMY ANTONINI, AND JOHN DOE NOS. 1-10, | § § § § § § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day came on to be considered Plaintiffs DHI Group, Inc. and Rigzone.com, Inc. and Defendant Matthew Kent's Motion to Dismiss with Prejudice all claims, defenses and counterclaims between these parties in the above-captioned case. Upon consideration of the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that all claims, defenses and counterclaims between Plaintiffs DHI Group, Inc. and Rigzone.com, Inc. and Defendant Matthew Kent in the above-captioned case are DISMISSED with prejudice, with each party to bear its own costs, fees, and expenses.

SIGNED this \_\_\_\_\_ day of _____, 2018.

_____
JUDGE PRESIDING