# Exhibit 14



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# Vision

## We are LinkedIn for Vertical Markets

Focused, specialized communities provide deep value to industry professionals.
From content to networking to career assistance, the specialized online community is superior.



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    Oilpro_0013074

# Platform



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    Oilpro_0013075

# Traction

- Oilpro.com launched in October 2013

- Over 500,000 sign-ups, 60,000+ monthly active users

- Most read daily newsletter, largest online community, and number 1 website for content traffic in entire oil & gas industry



Profuse networks

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    Oilpro_0013076

# Testimonials

## Specialized Content is Better



**Joy Abella** · 1h ago · Reply · Unlike · 👍 2
And here's the differentiator between OilPro and the rest – everyone else has concentrated on the buy – you're the first and only to show actual insight on what it means within the context of the industry itself. Nice job.

## Recruiters Love Oilpro

Hello LeAnna,

Yes, I deactivated the posting because we were super-satisfied with the posting. We filled the position the week after posting the job opening with a candidate that came through the posting!

Thank you for the help,
Jen



# More Testimonials

## Professional Content

Hi Joseph,

 **Angi Charles commented on your Post, The Fed Didn't Hike - Here Are 5 Things The Decision Means For O&G:**

> The entire thread here has been fascinating and extraordinarily educational. There is so much to be learned when extremely intelligent and knowledgable professionals have a meaningful and respecful debate utilizing facts and statistics and historical trends to support their differing opinions. This is why I love OILPRO!

*Profuse networks*

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    Oilpro_0013078

# More Testimonials

## Advertising that Works

Thank you so much Bryan.

Good news we have 52 registrants from OilPro which is awesome. We have gone over our budget/limit of $3200 but I'm pulling budget from our LI campaign to cover the difference which is about $700. I am seeing if I can get more budget about $500-1000 to cover any additional registrants. Will let you know today. Either way, great numbers from OilPro.

Bryan,

In the last 21 hours since the Oilpro daily newsletter went out, your site has accounted for 84% of traffic to that page on our website, and 89 of the 203 visitors sent to our site via the newsletter have downloaded our white paper. That is a staggering 43.84% conversion rate.

Just to emphasize how incredible that it, it requires two clicks plus a form submission from the newsletter to actually downloading the paper. That tells me that not only is your newsletter a HIGHLY EFFECTIVE promotional vehicle for us, but also it confirms for me that the content we are currently developing is relevant and important to the market. This is a huge win/win for both of our organizations in my opinion, so kudos on what everyone at Oilpro is building, and thank all of you so much for providing such a valuable industry resource.

Regards,

**Marq Mosier**
Senior Digital Marketing Specialist
Lloyd's Register Energy



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER         Oilpro_0013079

# Target Markets

| INDUSTRIES | LNKD MEMBERS | TARGET MEMBER COUNT |
|---|---|---|
| Oil & Gas | 3.5 MM | 3 MM |
| Information Tech | 23 MM | 12 MM |
| Finance | 18 MM | 9 MM |
| Healthcare | 17 MM | 8 MM |
| Marketing | 4.5 MM | 2 MM |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Profuse networks

Oilpro_0013080

# $5 Billion Opportunity

- Digital advertising and recruitment services

- We estimate Profuse addressable market is currently >$5 billion p.a.

- Oil & Gas is a $30+ MM opportunity, with a community size that is only 5% of our 5 target market total size…

- …Thus, as the 5 initial markets hit their stride, Profuse revenue can eclipse $600mm

Profuse networks

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Oilpro_0013081

# Advertising Trend



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    Oilpro_0013082

# Problem & Solution

- Generalist professional networks lack industry depth.

- Analogy: A general practitioner is valuable but when it is really important we call a specialist (e.g. - cardiologist, dermatologist, surgeon).

- Our solution is to create communities built for specific industries wherein the networks and content are specific to the needs of the audience.

Profuse networks

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Oilpro_0013083

## Our Customers

- **Marketers** can reach the specific people they are interested in via sponsored content, email, display ads, and messaging. Schlumberger wants to reach specific people working at Shell, ExxonMobil, and Saudi Aramco. Oilpro is the community where these specialists are truly engaged.

- **Recruiters** want to find talent with industry specific skills. A specialized community allows candidates to showcase their industry skills (eg – offshore rig alumni pages, Q&A, blogs).

Profuse networks

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER         Oilpro_0013084

# Oilpro Financials

| MEMBERS (mm) | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| Oilpro | 0.6 | 1.0 | 1.3 | 1.7 | 2.0 | 2.4 |
| Tech.pro | 0.0 | 0.6 | 2.0 | 3.6 | 5.4 | 7.2 |
| Healthpro | 0.0 | 0.4 | 1.4 | 2.4 | 3.6 | 4.8 |
| Finpro | 0.0 | 0.0 | 0.5 | 1.5 | 2.7 | 4.1 |
| Marketingpro | 0.0 | 0.0 | 0.2 | 0.5 | 0.7 | 1.0 |
| **Total** | **0.6** | **2.0** | **5.4** | **9.7** | **14.5** | **19.4** |
| **FINANCIALS ($mm)** | | | | | | |
| **Revenue** | | | | | | |
| Oilpro | 1.3 | 2.6 | 4.8 | 9.5 | 17.7 | 29.6 |
| Tech.pro | 0.0 | 1.3 | 5.5 | 13.0 | 30.7 | 62.4 |
| Healthpro | 0.0 | 0.9 | 3.7 | 8.7 | 20.5 | 41.6 |
| Finpro | 0.0 | 0.0 | 1.0 | 4.1 | 9.8 | 23.0 |
| Marketingpro | 0.0 | 0.0 | 0.5 | 1.3 | 2.6 | 5.5 |
| **Total Revenue** | **1.3** | **4.7** | **15.4** | **36.6** | **81.2** | **162.0** |
| **Expenses** | | | | | | |
| Payroll | 1.1 | 4.1 | 6.9 | 7.8 | 10.1 | 11.5 |
| Marketing | 0.3 | 3.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Other | 0.5 | 0.9 | 1.0 | 1.1 | 1.2 | 1.3 |
| **Total Cash Expenses** | **1.9** | **8.0** | **13.9** | **14.9** | **17.3** | **18.8** |
| **Profit, Cash Flow, & Cash** | | | | | | |
| EBITDA | -0.6 | -3.3 | 1.5 | 21.7 | 63.8 | 143.2 |
| *EBITDA Margin* | *N/A* | *N/A* | *10%* | *59%* | *79%* | *88%* |
| Cash Flow Operations | -0.6 | -3.3 | 1.5 | 15.7 | 42.2 | 94.1 |
| Cash Flow Financing | 0.0 | 18.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance | 2.8 | 17.5 | 19.0 | 34.7 | 76.9 | 171.0 |
| **Other** | | | | | | |
| *Headcount* | *15* | *45* | *75* | *85* | *110* | *125* |



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

## Management

**David Kent,** President (Founded Rigzone.com, 15+ years experience)

**Jeremy Antonini,** CTO (Rigzone.com, 10x engineer)

**Joseph Triepke,** Content Analyst (Citadel, Guggenheim, Jefferies, Rigzone)

**Bryan Robins,** Head Sales (Webmodal, Matson, Rigzone, 3 exits)

Additional team members including Director of Marketing, Director of Talent, Graphic Design, Talent Manager, Talent Sales, UK Sales, 2X Software Developers, 2X Journalists, and Office Manager

**Profuse** networks

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          Oilpro_0013086

# Investment

- $3 MM invested by founder, David Kent

- $3 MM invested by private investor

- Oilpro financially independent / stable

- Investing in community development teams, marketing, and software development

- Asking for $18 MM.  5 communities (75 Profuse employees)

# Thank you

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    Oilpro_0013088