## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro, et al.,<br>　　　　Defendants.<br><br>Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com,<br>　　　　Counter-Plaintiff,<br><br>　vs.<br><br>DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br>　　　　Counter-Defendants. | Civil Action Number: 16-cv-01670 |

## **DAVID W. KENT'S ADVISORY**

The Notice of Transfer issued on August 21, 2019 [DE 280], states that the receiving Court will issue new court settings. As a result, Defendant and Counter-Plaintiff David W. Kent ("Kent") files this Advisory to bring to the Court's attention information relevant to scheduling of new court settings.

On August 8, 2019, the Court adopted the Magistrate Judge's report and recommendation on certain motions for summary judgment and motions to strike expert witnesses [DE 279]. Because no scheduling order is in place, the parties discussed last week and this week potential time periods for trial. The parties were in the process of discussing available dates to propose, obviously subject to the Court's calendar, when the parties received the Notice of Transfer. In connection with the discussions yesterday, counsel for Kent had previously advised counsel for Plaintiffs and

1

Counter-Defendants that Kent recently started chemotherapy for cancer treatment on August 13, 2019.

Kent is under the care of Dr. Mary Crow, an oncologist in Houston, Texas with Millennium Physicians, and Dr. David Bartlett, a surgical oncologist in Pittsburgh, Pennsylvania with UPMC, for the treatment of stage 4, peritoneal carcinomatosis.  The bi-weekly chemotherapy treatment will continue for six months and is composed of the drugs 5-FU and Oxaliplatin.

Kent respectfully requests that the Court consider his health condition in issuing new court settings, so he can assist in trial preparation and attend trial.  At this time, because of the chemotherapy, Kent is unable to do so.  Kent's physicians recommend against the physical stress and can confirm in detail for the Court, if requested, the manner in which the treatment causes severe fatigue and robs Kent of all ability to concentrate for any length of time.  For that reason, Kent advises the Court of his current medical condition and asks that timing of the trial setting consider his circumstance.  Kent expects that he will be able to assist counsel and attend trial on or after March 1, 2020.  Kent obviously wishes that this serious health condition was not an issue and asks for the Court's consideration of his circumstance.

Respectfully submitted,

**FOLEY GARDERE**
 **FOLEY & LARDNER LLP**

\_\_\_\_\_/s/ JSM_____
James G. Munisteri, Texas Bar No. 14667380
Marla T. Poirot, Texas Bar No. 00794736
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
jmunisteri@foley.com
mpoirot@foley.com

Sara Ann Brown, Texas Bar No. 24075773
2021 McKinney, Suite 1600
Dallas, Texas 75201-3340
sabrown@foley.com

**and**

Harvey G. Brown, Jr., Texas Bar No. 03130500
Lanier Law Firm
10940 W. Sam Houston Pkwy, N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
Harvey.Brown@LanierlLawFirm.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

Walter Lynch
**Jordan, Lynch & Cancienne PLLC**
1980 Post Oak Blvd. - Suite 2300
Houston, Texas 77056
wlynch@jlcfirm.com

                                                   *s/James G. Munisteri*
                                                   James G. Munisteri

4835-7704-9762.5