IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc., <br>     Plaintiffs, <br><br> vs. <br><br> David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro, et al., <br>     Defendants. <br><br> Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com, <br>     Counter-Plaintiff, <br><br> vs. <br><br> DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc., <br>     Counter-Defendants. | Civil Action Number: 16-cv-01670 |

**DEFENDANTS DAVID W. KENT, JR. AND SINGLE INTEGRATED
OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM'S
UNOPPOSED MOTION FOR WITHDRAWAL OF CO-COUNSEL**

Defendants David W. Kent, Jr. and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com ("Defendants") file this Unopposed Motion for Withdrawal of Co-Counsel.

**I.**

In addition to Foley Gardere, Defendants are currently represented by Harvey G. Brown, Jr. at the law firm of Lanier Law Firm. Mr. Brown was hired as appellate counsel for Defendants/Counter-Claimants. The withdrawal of Harvey G. Brown, Jr and the law firm of Lanier Law Firm, as appellate counsel, is not sought for, and will not cause, any delay. Accordingly, Defendants request that all communications from the Court or other counsel with respect to this suit be directed to the following:

1

James G. Munisteri
State Bar No. 14667380
jmunisteri@foley.com
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Telephone: 713.276.5500
Facsimile:  713.276.5555

Defendants David W. Kent, Jr. and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com respectfully request that this Court enter an order permitting Harvey G. Brown, Jr. to withdraw as counsel for Defendants/Counter-Claimants.

Respectfully submitted,

**FOLEY GARDERE**
**FOLEY & LARDNER LLP**

By: */s/ James G. Munisteri*
James G. Munisteri,
Texas Bar No. 14667380
Marla T. Poirot,
Texas Bar No. 00794736
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
jmunisteri@foley.com
mpoirot@foley.com

Sara Ann Brown,
Texas Bar No. 24075773
2021 McKinney, Suite 1600
Dallas, Texas 75201-3340
sabrown@foley.com

**ATTORNEYS FOR DEFENDANTS**

**AGREED:**

**LANIER LAW FIRM**

*/s/ Harvey G. Brown, Jr. signed w/permission*
Harvey G. Brown, Jr.
State Bar No. 03130500
10940 W Sam Houston Pkwy N, Suite 100
Houston, Texas 77064
Telephone:  281.866.6816
Facsimile:  713.659.2204
Email:  Harvey.Brown@lanierlawfirm.com

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Walter Lynch, counsel for Plaintiffs DHI Group, Inc. f/k/a Dice Holdings, Inc, and Rigzone.com, Inc., regarding the motion to withdrawal of co-counsel in this unopposed motion, and he indicated that this motion is **unopposed**.

/s/ *James G. Munisteri*
James G. Munisteri

## **CERTIFICATE OF SERVICE**

      I certify that on this 4th day of December, 2019, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

                                              /s/ *James G. Munisteri*
                                              James G. Munisteri