United States District Court
Southern District of Texas
**ENTERED**
March 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br>　　　　Plaintiffs,<br><br>vs.<br><br>David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro, et al.,<br>　　　　Defendants.<br><br>Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com,<br>　　　　Counter-Plaintiff,<br><br>vs.<br><br>DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br>　　　　Counter-Defendants. | Civil Action Number: 16-cv-01670 |

### ORDER GRANTING EXTENSION
### TO FILE JOINT PRETRIAL ORDER AND EXCHANGE EXHIBITS

On this day came on to be considered Plaintiffs and Defendants' Joint Motion to Extend Deadline to File Joint Pretrial Order and Exchange Exhibits. The Court, after due consideration of same, is of the opinion that said Motion is well taken and in all things should be GRANTED.

It is therefore ORDERED that the deadline for the parties to file their Joint Pretrial Order and exchange trial exhibits is hereby extended to April 10, 2020.

Signed this **25** day of March 2020.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE BY:

| | |
|---|---|
| **JORDAN, LYNCH & CANCIENNE PLLC** | **FOLEY GARDERE FOLEY & LARDNER LLP** |
| By: _____ | By: _____ |
| **Walter Lynch** | **James G. Munisteri** |
| Texas Bar No. 24046330 | Texas Bar No. 14667380 |
| Federal I.D. No. 965265 | 1000 Louisiana, Suite 2000 |
| **Amir Halevy** | Houston, Texas 77002-2099 |
| Texas Bar No. 24065356 | Telephone: (713) 276-5500 |
| Federal I.D. No. 1259956 | Facsimile: (713) 276-5555 |
| **Joseph ("Jeb") Golinkin II** | jmunisteri@foley.com |
| Texas Bar No. 24087596 | |
| Federal I.D. No. 2515657 | **Sara Ann Brown** |
| 1980 Post Oak Blvd., Ste. 2300 | Texas Bar No. 24075773 |
| Houston, Texas 77056 | 2021 McKinney, Suite 1600 |
| Telephone: (713) 955-4020 | Dallas, Texas 75201-3340 |
| wlynch@jlcfirm.com | sabrown@foley.com |
| ahalevy@jlcfirim.com | |
| jgolinkin@jlcfirim.com | **Attorneys for Defendants David W. Kent Jr. and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com** |
| **Attorneys for Plaintiffs DHI Group, Inc. f/k/a DICE Holdings, Inc. and Rigzone.com, Inc.** | |