# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro, et. al., <br><br> Defendants. <br> ——————————————— <br> Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc., <br><br> Counter-Defendants. | No: 16-cv-01670 |

## DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

Defendants David W. Kent, Jr. and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com ("Defendants") file this Amended Trial Exhibit List and reserve the right to amend and supplement.

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 1 | Non-Binding Indicative Offer – Rigzone, Inc. (Oilpro_0023032-33) | | | | |
| 2 | SIOPCO Formation & Corporate Documents (Kent Depo. Exh. 1) | | | | |
| 3 | SIOPCO Formation & Corporate Documents (Oilpro_0029794–0029810) | | | | |
| 4 | Email string 11/30/12 between Kent and Fairbanks, subject: "RE: GEC brainstorm" (Kent Depo. Exh. 10 / FAIRBANKS001175-76) | | | | |
| 5 | Email string 2/27/2014 from Robin Wall, subject: "RE: Rigzone" (DHI_0000548-549) | | | | |
| 6 | SIOPCO Stock Purchase Agreement 12/18/2014 between Fairbanks Trust and Kent (Oilpro_0000403-52) | | | | |
| 7 | Oilpro U.S.Trademark Registration (Oilpro_0023000 – Oilpro_0023001) | | | | |
| 8 | SIOPCO's 8/3/2016 Copyright Registration Certificate TX 8-299-020 for Oilpro.com website (Oilpro_0023133 – Oilpro_0023135) | | | | |
| 9 | Oilpro Copyright Certificate of Registration (Oilpro_0022999) | | | | |
| 10 | Stock Purchase Agreement dated 8/11/2010 between DHI and Rigzone (Durney Depo. Exh. 7 / DHI_0000713-917) | | | | |
| 100 | Email string 1/22/2003 from David W. Kent, subject: "RE this guy has promise" (Oilpro_0023247) | | | | |
| 101 | Email 1/30/2003 from Matt Kent, subject: "can a resume i deleted go into updated" (Oilpro_0023236) | | | | |
| 102 | Email 2/6/2003 from Matt Kent, subject: "possibly one of my favorite resumes" (Oilpro_0023243) | | | | |

### Joint Pre–Trial Order – Amended Attachment A-2

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 103 | Email 2/17/2003 from Matt Kent, subject: "Our 10000 customer!!" (Oilpro_0023241) | | | | |
| 104 | Email 2/21/2003 from Matt Kent, subject: "Featured candidate" (Oilpro_0023237) | | | | |
| 105 | Email 12/4/2003 from Matt Kent, subject: "nice resume" (Oilpro_0023240) | | | | |
| 106 | Email 2/3/2004 from David Kent, subject: "Please Fix" (Oilpro_0023242) | | | | |
| 107 | Email string 8/24/2004 from David W. Kent, subject: "FW Your Resume on Rigzone.com" (Oilpro_0023239) | | | | |
| 108 | Email string 4/1/2005 from Matthew Kent, subject: "FW Rigzone Career Center" (Oilpro_0023238) | | | | |
| 109 | Email string 4/17/2006 from David Kent, subject: "RE New Featured Resume" (Oilpro_0023246) | | | | |
| 110 | Email string 5/8/2006 from Matt Kent, subject: "RE JWT.msg (Oilpro_0023245) | | | | |
| 111 | Email string 8/30/2007 from Liz Tysall, subject: "RE Danielle Resume" (Oilpro_0023244) | | | | |
| 112 | Email 9/11/2007 from Liz Tysall, subject: "Secretarial Resumes" (Oilpro_0023248) | | | | |
| 113 | Email string 10/23/11, subject: "Fwd: Shark Killed Texas" (Oilpro_0029253) | | | | |
| 114 | Rigzone Privacy Policy – 11/01/2012 (DHI_0007245) | | | | |
| 115 | Rigzone Privacy Policy – 01/09/2014 (DHI_0007241) | | | | |
| 116 | Rigzone Privacy Policy – 10/23/2015 (DHI_0007233) | | | | |
| 117 | Admin System Concerns (Oilpro_0023005) | | | | |
| 200 | Dice 10-K for 2013 (DHI_0018217-451) | | | | |
| 201 | Dice Holdings, Inc. 10-K 2014 (JOHNSON_0000833) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 202 | DHI Group, Inc. 10-K 2015 (JOHNSON_0000947) | | | | |
| 203 | DHI Group, Inc. 10-K 2015 cover page and CFO Certifications (Roberts Depo. Exh. 87 / JOHNSON_0000947, 1046 & 1048) | | | | |
| 204 | DHI 2016 10-Q for Q2 (DHI_0165999) | | | | |
| 205 | DHX 10Q – 2016 Q3 10.13.16 (DHI_0171502) | | | | |
| 206 | Dice Holdings, Inc. 10-K 2016 (JOHNSON_0001049) | | | | |
| 220 | Email 5/30/2001 from Martin Lloyd, subject: "Rigzone1.zip" (Oilpro_0023254 – Oilpro_0023254) | | | | |
| 221 | Email string 5/31/2001 from Martin Lloyd, subject: "FW rigzone2" (Oilpro_0023249) | | | | |
| 222 | Spreadsheet, file name "rigzone2.xls" (Oilpro_0023250) | | | | |
| 223 | Email string 6/5/2001 from Martin Lloyd, subject: "FW rigzone3.msg (Oilpro_0023251 – Oilpro_0023252) | | | | |
| 224 | Spreadsheet, file name "rigzone3.xls" (Oilpro_0023253) | | | | |
| 225 | Email string 6/15/2001 from D. Kent, subject: "FW Job Postings" (Oilpro_0023147 – Oilpro_0023147) | | | | |
| 226 | Email 8/8/01 from D. Kent, subject: "Rigzone Job Opening" (Oilpro_0023206) | | | | |
| 227 | Email string dated 8/10/01, subject: "RE Unlimited Corporate Resume Access" (Oilpro_0023187 – Oilpro_0023187) | | | | |
| 228 | Email string dated 8/10/01, subject: "Unlimited Corporate Resume Access" (Oilpro_0023224 – Oilpro_0023224) | | | | |
| 229 | Email dated 2/3/04, subject: "Please Fix" (Oilpro_0030059 – Oilpro_0030059) | | | | |
| 230 | Email 8/31/05 from Matthew Kent, subject: "Rigzone Career Center4" (Oilpro_0023203) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 231 | Email 9/20/2005 from Matthew Kent, subject: "Rigzone Career Center3" (Oilpro_0023200 - Oilpro_0023200) | | | | |
| 232 | Email string dated 10/4/05, subject: "The Rigzone.com Oil and Gas Career Center Matching CV's on Rigzone" (Oilpro_0023221 - Oilpro_0023221) | | | | |
| 233 | Email string dated 11/29/05, subject: "Rigzone Career Center2" (Oilpro_0023197 - Oilpro_0023197) | | | | |
| 234 | Email string dated 12/7/05, subject: "RE Other" (Oilpro_0023171 - Oilpro_0023171) | | | | |
| 235 | Email string dated 12/8/05, subject: "Rigzone.com Career Center2" (Oilpro_0023210 - Oilpro_0023210) | | | | |
| 236 | Email string dated 2/22/06, subject: "Rigzone Career Center" (Oilpro_0023193 - Oilpro_0023193) | | | | |
| 237 | Email attachment, file name "careercentercontract.doc" (Oilpro_0023194 - Oilpro_0023194) | | | | |
| 238 | Email attachment, file name "7359_Colt.pdf" (Oilpro_0023195 - Oilpro_0023195) | | | | |
| 239 | Email attachment, file name "7967_Colt.pdf" (Oilpro_0023196 - Oilpro_0023196) | | | | |
| 240 | Email string dated 2/23/06, subject: "RE Service Contracts Agent for Offshore GOM Operations" (Oilpro_0023179 - Oilpro_0023179) | | | | |
| 241 | Email string 3/10/2006 from Matthew Kent, subject: "FW Rigzone.com Oil and Gas Career Center" (Oilpro_0023149) | | | | |
| 242 | Email string dated 3/11/06, subject: "Rigzone.com Oil and Gas Career Center" (Oilpro_0023213 - Oilpro_0023213) | | | | |
| 243 | Email string 3/15/2006, Matthew Kent to D. Kent, subject: "FW: Subscription Plans" (Oilpro_0023156 - Oilpro_0023158) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 244 | Email dated 4/17/06, subject: "RE: New Featured Resume" (Oilpro_0030060 – Oilpro_0030060) | | | | |
| 245 | Email dated 5/8/06, subject: "RE: JWT" (Oilpro_0030061 – Oilpro_0030061) | | | | |
| 246 | Email string dated 5/17/06, subject: "RE Career Center" (Oilpro_0023164 – Oilpro_0023164) | | | | |
| 247 | Email string dated 6/15/06, subject: "RE Enquire" (Oilpro_0023169 – 70) | | | | |
| 248 | Email string 9/19/2006 from Matthew Kent, subject: "FW Rigzone Career Center" (Oilpro_0023148) | | | | |
| 249 | Email string 11/3/06, Matthew Kent to customer, subject: "RE: Rigzone Advertising" (Oilpro_0023174–75) | | | | |
| 250 | Email string dated 12/21/06, subject: "Rigzone 2007 Proposal" (Oilpro_0023188 – Oilpro_0023189) | | | | |
| 251 | Email attachment, file name "Weatherford 2007 Proposal.xls" (Oilpro_0023190 – Oilpro_0023190) | | | | |
| 252 | Email string dated 1/29/07, subject: "RE Chevron and Rigzone2" (Oilpro_0023165 – Oilpro_0023166) | | | | |
| 253 | Email attachment, file name "Chevron_Agreement.pdf" (Oilpro_0023167 – Oilpro_0023168) | | | | |
| 254 | Email string dated 1/29/07, subject: "Scorpion" (Oilpro_0023216 – Oilpro_0023216) | | | | |
| 255 | Email attachment, file name "Scorpion_Ad_Agreement.pdf" (Oilpro_0023217 – Oilpro_0023218) | | | | |
| 256 | Email attachment, file name "Scorpion_Ad_Agreement.pdf" (Oilpro_0023219 – Oilpro_0023220) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 257 | Email string dated 2/1/07, subject: "RE Big Pending Payment – Chevron" (Oilpro_0023163 – Oilpro_0023163) | | | | |
| 258 | Email string 2/16/07, subject: "Re: Adelia" (Oilpro_0023160) | | | | |
| 259 | Email string 2/21/2007 from David Kent, subject: "FW Baker Energy and Rigzone" (Oilpro_0023136) | | | | |
| 260 | Email string 2/22/07, D. Kent to M. Baker Corp., subject: "RE Baker Energy and Rigzone" (Oilpro_0023161 – Oilpro_0023162) | | | | |
| 261 | Email string dated 2/23/07, subject: "Rigzone and DownsteamJobs.com Proposal" (Oilpro_0023191 – Oilpro_0023191) | | | | |
| 262 | Rigzone Bid Summary 10.22.07.xls (Oilpro_0023075) | | | | |
| 263 | Email string dated 12/13/07, subject: "RE Shell online planning 2008" (Oilpro_0023182 – Oilpro_0023186) | | | | |
| 264 | Email string dated 1/9/08, subject: "Rigzone.com and DownstreamJobs.com Advertising Proposal" (Oilpro_0023207 – Oilpro_0023207) | | | | |
| 265 | Email string 1/15/08, JWT to Kent, subject: "Fw Shell online planning 2008" (Oilpro_0023150 – Oilpro_0023155) | | | | |
| 266 | Email string dated 4/10/08, subject: "RE Rigzone CC and COP" (Oilpro_0023176 – Oilpro_0023177) | | | | |
| 267 | Email attachment, file name "rigzone_otc_sig.gif" (Oilpro_0023178 – Oilpro_0023178) | | | | |
| 268 | WorldwideWorker Acquisition v1 (DHI_0016651) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 269 | Powerpoint 7/22/10, "Rigzone.com Strategic Rationale for Acquisition – Dice Holdings, Inc." (Oilpro_0023076-102) | | | | |
| 270 | Summary Appraisal Report of The Acquired Assets of Rigzone.com, Inc. (DHI_0001338) | | | | |
| 271 | Resume Aging by Region – 2012-08-22.xls (Oilpro_0023067) | | | | |
| 272 | Dice Holdings 2012 ASC 350 Analysis: Energy (DHI_0000378) | | | | |
| 273 | Email string 2/7/13, subject: "FW: Data Request – Time Sensitive" (DHI_0001012-15) | | | | |
| 274 | Email string 5/9/13, Kent and Fairbanks, subject: "Re: SIOPCO Projections" (Kent Depo Exh. 21 / FAIRBANKS000704-708) | | | | |
| 275 | Email string 8/21/13 between E. Lesser and P. Henderson, subj: "RE: Evan & Dice 2014 strategy & planning" (DHI_0054962-63) | | | | |
| 276 | Email string 9/13/13, subject: "RE: RIGZONE – Free CV Database Search" (DHI_0012162-65) | | | | |
| 277 | Emailed dated 10/15/2013 forwarding LinkedIn Contacts Export to Oilpro (Oilpro_0011733) | | | | |
| 278 | LinkedIn Contacts Export Sent to Oilpro (Oilpro_0011734) | | | | |
| 279 | LinkedIn Contacts Export Sent to Oilpro (Oilpro_0012757) | | | | |
| 280 | Emailed dated 10/17/2013 forwarding LinkedIn Contacts Export to Oilpro (Oilpro_0011841) | | | | |
| 281 | LinkedIn Contacts Export Sent to Oilpro (Oilpro_0011842) | | | | |
| 282 | LinkedIn Contacts Export Sent to Oilpro (Oilpro_0011874) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 283 | Emailed dated 10/17/2013 forwarding LinkedIn Contacts Export to Oilpro (Oilpro_0012723) | | | | |
| 284 | LinkedIn Contacts Export Sent to Oilpro (Oilpro_0012725) | | | | |
| 285 | DHI powerpoint re Oil Careers Proposed Transaction for Approval 10/25/13 (DHI_0007817-30) | | | | |
| 286 | Rigzone Presentation for MRI Network Franchise Owners dated 10/25/13 (DHI_0011907-20) | | | | |
| 287 | Dice 2014 Strategic Planning / Open Web Presentation for October 30-31, 2013 (DHI_0064185) | | | | |
| 288 | Rigzone Monthly Business Review December 2013 (DHI_0001676-90) | | | | |
| 289 | Email 12/16/13 from E. Thayer, subject: "Your Rigzone Subscription Expires – Dec 22nd" (DHI_0008183) | | | | |
| 290 | Putters and Projects (Oilpro_0025453-Oilpro_0025458) | | | | |
| 291 | Rigzone December 2013 Monthly Business Review (DHI_0001693 – DHI_0001708) | | | | |
| 292 | Agenda Defining a Winning Strategy for Dice Holdings (Roberts Depo. Exh. 83 / DHI_0070774-0070776) | | | | |
| 293 | Rigzone Monthly Business Review - January 2014  (DHI_0001716) | | | | |
| 294 | 2013 Customer Perception Survey Open Question Responses (DHI_0073168) | | | | |
| 295 | Dice OilCareers.com Proposal Transaction for Approval March 5, 2014 Presentation (Roberts Depo. Exh. 96 / DHI_0127107 - 0127122) | | | | |
| 296 | Rigzone Monthly Business Review - Financial Review February 2014 (DHI_0001764) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 297 | Dice ASC 805 Valuation of OilCareers Schedules 1-14 (Roberts Depo. Exh. 95-E / DHI_0000680-0000694) | | | | |
| 298 | Rigzone invoice to Pacific Drilling dated 3/21/2014 (PDI0012-13) | | | | |
| 299 | Email 3/25/14 Bumby to Lisby and attached LinkedIn export of contacts (Bumby Dep. Ex. 64 / Oilpro_0013975-14234) | | | | |
| 300 | Rigzone March 2014 Monthly Business Review (DHI_0001782-96) | | | | |
| 301 | Rigzone Monthly Business Review - Financial Review March 2014 (DHI_0001797) | | | | |
| 302 | Rigzone Management Meeting Report (DHI_0018191-93) | | | | |
| 303 | Email string 4/14/14, subject: "Fwd: OGP musings" (Oilpro_0011669-70) | | | | |
| 304 | Summary Appraisal Report of Acquired Assets of Rigzone.com, Inc. as of August 11, 2010 (Roberts Depo. Exh. 95-C / DHI_0000599-679) | | | | |
| 305 | 7/2/14 DHI Key Data Points Regarding Valuation of Rigzone Database (Roberts Depo. Exh. 95-B / DHI_0000552) | | | | |
| 306 | Grant Thornton Valuation of Dice Acquired Intangible Assets of OilCareers as of March 18, 2014 (Roberts Depo. Exh. 95-D / DHI_0000553-98) | | | | |
| 307 | Email string dated 7/8/14, Subject: RE: board materials (Roberts Depo. Exh. 93 / DHI_0088207-08) | | | | |
| 308 | Email string 7/20/2014 from David Kent, subject: "Re: Going over our conversation yesterday" (Oilpro_0008996 - Oilpro_0008997) | | | | |
| 309 | Rigzone Monthly Business Review  - July 2014  (DHI_0001889) | | | | |

Joint Pre-Trial Order – Amended Attachment A-2

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 310 | Email string 10/8/14 between D. Kent and Fairbanks, subject: "Thanks" (Oilpro_0023046 - Oilpro_0023047) | | | | |
| 311 | Email string 11/27/14 from Simon Yap, subject: "FW: RIGZONE plus OilCareers" (DHI_0012880-84) | | | | |
| 312 | Rigzone Monthly Business Review - December 2014  (DHI_0002090) | | | | |
| 313 | Rigzone Monthly Business Review - January 2015  (DHI_0002116) | | | | |
| 314 | Email dated 2/26/15, subject: "RE: Job Counts Dropping" (DHI_0017085) | | | | |
| 315 | Email dated 2/27/15, subject: "RE: Job Counts Dropping" (DHI_0017097) | | | | |
| 316 | Email string 2/27/15, subject: "Competitors showing 50% decrease in jobs b/w 6-months: Job Counts Dropping" (DHI_0022729-32) | | | | |
| 317 | Rigzone Monthly Business Review February 2015 (DHI_0002204-25) | | | | |
| 318 | Dice Monthly Business Review February 2015 Agenda for 3/17/15 (Roberts Depo. Exh. 90 / DHI_0002204-0002225) | | | | |
| 319 | Rigzone Terms & Conditions, updated March 20, 2015 (Norville Dep.Ex. 46 / DHI_0192887-0192893) | | | | |
| 320 | Multiple Dufrin emails re Operation Resume Hoard (Dufrin Depo Exh. 45 / Oilpro_0000704, 1012, and 2702-03) | | | | |
| 321 | Email string 3/30/15 from David Lee, subject: "RE: Rigzone and Halliburton" (DHI_0012965-83) | | | | |
| 322 | Email string 4/6/15 between Kent, Leland and Antonini, subject: "Fwd: Operation Resume Hoard Part 1" (Antonini Depo Exh. 76 / Oilpro_0002690-95) | | | | |
| 323 | Email string 4/6/15, subject: Re:Operation Resume Hoard Part 1" (Oilpro_0001313-17) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 324 | Email string 4/6/15, subject: Re:Operation Resume Hoard Part 1" (Oilpro_0002684-89) | | | | |
| 325 | Rigzone Monthly Business Review March 2015 (DHI_0002235-56) | | | | |
| 326 | Dice Monthly Business Review March 2015, dated 4/14/15 (Roberts Depo. Exh. 91 / DHI_0002235-0002256) | | | | |
| 327 | Email string 4/17/20 from David Lee, subject: "FW: Rigzone contract" (DHI_0013026-29) | | | | |
| 328 | Business Overview Presentation for Board Meeting 4/24/2015 (Roberts Depo. Exh. 92 / DHI_0118950-0118984) | | | | |
| 329 | DHI Strategy Update – Meeting of the Board of Directors 4/24/15 (DHI_0118868-903) | | | | |
| 330 | 2015 Analyst Day Presentation (Rigzone) (DHI_0002372) | | | | |
| 331 | Email 6/8/15 from Guest to Melk, subject: "Update" (DHI_0023329-30) | | | | |
| 332 | Email string 6/9/15 between Melk and Guest, subject: "RE: Update" (DHI_0023331-32) | | | | |
| 333 | Email string 6/10/15 between Kent and Dufrin, subject: "Re: Traffic Opportunity and Rusty Engagement" (Dufrin_000039) | | | | |
| 334 | Email dated 8/10/15, subject: "RE: Proposal Rigzone.com" (DHI_0126242) | | | | |
| 335 | Email dated 8/20/15, subject: "Re: Regional traffic breakdown" (DHI_0002480) | | | | |
| 336 | Email string 9/29/15, subject: "Re: Rigzone Account" (DHI_0008542-43) | | | | |
| 337 | Document file named "DHI_ASC 350_Energy_Step2_Report+Sched_10-1-15.pdf" (DHI_0000107) | | | | |
| 338 | Profuse Presentation (Antonini Depo. Exh. 68 / FAIRBANKS000922-939) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 339 | Oilpro Powerpoint, "Laying the Cake – Oilpro 2016" (Kent Depo Exh. 26 / FAIRBANKS000875-84) | | | | |
| 340 | Email dated 10/30/15, Subject: Email for the Board (Roberts Depo. Exh. 88 / DHI_0133756-0133761) | | | | |
| 341 | Email string 11/30/15 from Guest attaching RZ SWOT (DHI_0023909-23910) | | | | |
| 342 | Rigzone as a job board (DHI_0023911-13) | | | | |
| 343 | Email dated 12/8/15, subject: "RE: Rigzone – Upcoming Service Expiration" (DHI_0008626) | | | | |
| 344 | DHI Reports Fourth Quarter and Full-Year 2015 Results (Roberts Depo. Exh. 86 / Oilpro_0008660-0008675) | | | | |
| 345 | Rigzone Purchase Agreement with Petronas 2016 (DHI_0008820-21) | | | | |
| 346 | Email string 1/10/16 from Florence Card, subject: "FW: Discussion with Rigzone on 16 December 2015 URGENT" (DHI_0014042-45) | | | | |
| 347 | Rigzone Purchase Agreement with Petronas 1/13/16 (DHI_0014068-71 | | | | |
| 348 | Rigzone Purchase Agreement with Petronas (Norville Depo. Exh. 47 / DHI_0008853-8854) | | | | |
| 349 | Email string 1/20/16, subject: "RE: Need help" (DHI_0146307-09) | | | | |
| 350 | DHI 2/3/2016 Press Release re Q4 and 2015 results (Oilpro_0023052 - Oilpro_0023066) | | | | |
| 351 | Grant Thornton FASB ASC 350 Analysis as of October 1, 2015, dated 2/8/16 (DHI_0000175) | | | | |
| 352 | Email string 2/19/16, subject: "FW: PFP BoD deck final draft v.2.0" (DHI_0151207) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| **353** | Rigzone Sales Plan (DHI_0024190-99) | | | | |
| **354** | Email dated 3/24/2016, Subject: RZ presentation, and attached Rigzone CE2 Presentation Deck (Roberts Depo. Exh. 85 / DHI_0153849-0153899) | | | | |
| **355** | Rigzone Market Plan Presentation –  March 2016 (DHI_0024274-323) | | | | |
| **356** | Article from Rigzone website, "Rigzone Founder Accused of Hacking" (DHI_0024377) | | | | |
| **357** | Email 4/25/2016, subject: "FW: Email List of Oil & Gas Industry" (Oilpro_0023006) | | | | |
| **358** | Email dated 5/4/16, Subject: FW: Q1 2016 Analyst Notes Summary (Roberts Depo. Exh. 89 / DHI_0024528-0024531) | | | | |
| **359** | Email 5/10/16 Averickmedia File Download Link (Oilpro_0023008-10) | | | | |
| **360** | Email string 5/25/16 from David Kent, subject: "Resume Download" (Oilpro_0023068 - Oilpro_0023069) | | | | |
| **361** | Vendor Payment Screen re Averickmedia payment (Oilpro_0023007) | | | | |
| **362** | Email string 6/7/16 between Kent and RGM Energy, subject: "Dropbox" (Oilpro_0023048-50) | | | | |
| **363** | Rigzone Cost Basis Valuation of Candidate Database (Melrose Depo Exh. 12 / DHI_0000092-106) | | | | |
| **364** | Rigzone Summary Statistics & Cost Basis Valuation of Candidate Database (Melrose Depo Exh. 13) | | | | |
| **365** | Oilpro web article, "Rapid Membership Growth Explained" (Kent Depo. Exh. 34) | | | | |
| **366** | Rigzone Data Services Customer Analysis 2015 - Subscriptions as of 08-14-2015.xlsx (DHI_0166446) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 367 | Email string 8/15/16 with Schlumberger, subject: "FW: DocuSign" (DHI_0009228-29) | | | | |
| 368 | Rigzone Purchase Agreement offer to Schlumberger 2016 (DHI_0009230-31) | | | | |
| 369 | Rigzone marketing presentation, "Partner Solutions" (DHI_0009250-65) | | | | |
| 370 | Email 9/1/16 from T. Eason to Anadarko, subject: "Rigzone – Career Center & Advertising Quotes 2016-2017" (DHI_0009313) | | | | |
| 371 | Rigzone powerpoint, "Rigzone Solutions – Anadarko, Septembe 2016" (DHI_0009324-36) | | | | |
| 372 | Email 9/28/16, A. Lemmer to Aramco, subject: "ASC Partner Solutions" (DHI_0009391) | | | | |
| 373 | Rigzone powerpoint, "Rigzone Solutions – Aramco Services Company, September 2016" (DHI_0009392-426) | | | | |
| 374 | DHI 2016 Third Quarter Earnings Release (DHI_0175839-53) | | | | |
| 375 | Email 11/7/16, F. Card to Total customer, subject: "FW: Rigzone Partner-Solutions" (DHI_0014953-54) | | | | |
| 376 | DHI Market Fact Base 6/9/16 Report from BCG (DHI_0177911) | | | | |
| 377 | Rigzone powerpoint, "Rigzone Partner Solutions - Nabors Corporate Services 12/02/16" (DHI_0009622-40) | | | | |
| 378 | Rigzone Purchase Agreement with Fieldbridge 3/22/17 (Oilpro_0023045) | | | | |
| 379 | Email string 4/2/17 from Fieldbridge, subject: "Fwd: Rigzone – Product & Pricing Information" (Oilpro_0023035-44) | | | | |
| 380 | Rigzone spreadsheet, "Unlimited Clients" (DHI_0018082) | | | | |

Joint Pre–Trial Order – Amended Attachment A-2

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 381 | Wayback Machine – Rigzone 2018-08-31 (Oilpro_0024776) | | | | |
| 382 | Wayback Machine – Rigzone 2018-08-31 (Oilpro_0024777) | | | | |
| 383 | Wayback Machine – Rigzone 2018-08-31 (Oilpro_0024778) | | | | |
| 384 | Wayback Machine – Rigzone 2018-08-31 (Oilpro_0024779) | | | | |
| 385 | Wayback Machine – Rigzone 2018-08-31 (Oilpro_0024780) | | | | |
| 386 | Oilpro Payroll Spreadsheet (Oilpro_0023051) | | | | |
| 387 | Member Growth spreadsheet (Dufrin_000124) | | | | |
| 400 | FEyeDHI_00001.pdf (FEyeDHI_00001) | | | | |
| 401 | FEyeDHI_00002-FEyeDHI_00280.pdf (FEyeDHI_00002) | | | | |
| 402 | Spreadsheet, file name "Oilpro Member Activity by Month" (Oilpro-LIVINGSTON 0000002) | | | | |
| 403 | Report – 111k Incorrect.sql (Oilpro-LIVINGSTON 0000003) | | | | |
| 404 | Report – Member Sources.sql (Oilpro-LIVINGSTON 0000004) | | | | |
| 405 | Report – Members PVs Revenue by Month.sql (Oilpro-LIVINGSTON 0000005) | | | | |
| 406 | Spreadsheet, file name "Oilpro Members by Source.xlsx" (Oilpro_0008682) | | | | |
| 407 | Spreadsheet, file name "RigzoneID_Email.csv" (Oilpro_0008683) | | | | |
| 408 | Step 1- Readme_docx (Oilpro_0008684) | | | | |
| 409 | Step 2 – Create Source Tables.sql (Oilpro_0008685) | | | | |
| 410 | Step 3 – Never Emailed Before.sql (Oilpro_0008686) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 411 | Step 4 – Load Member Source Tables.sql (Oilpro_0008687) | | | | |
| 412 | Sequel Query Antonini Used to Determine Oilpro Member Sources (Antonini Depo Exh. 71) | | | | |
| 413 | Table: Member Activities By Month (Livingston Ex. 79) | | | | |
| 425 | Microsoft 10Q March 2017 10-Q | | | | |
| 426 | Spreadsheet, file name "Oilpro Model – Current.xlsx" (FAIRBANKS000111) | | | | |
| 427 | Spreadsheet, file name "2012.xlsx" (Oilpro_0008676) | | | | |
| 428 | Spreadsheet, file name "2013.xlsx" (Oilpro_0008677) | | | | |
| 429 | Spreadsheet, file name "2014.xlsx" (Oilpro_0008678) | | | | |
| 430 | Spreadsheet, file name "2015.xlsx" (Oilpro_0008679) | | | | |
| 431 | Spreadsheet, file name "2016.xlsx" (Oilpro_0008680) | | | | |
| 432 | Spreadsheet, file name "2017.xlsx" (Oilpro_0008681) | | | | |
| 433 | Oil & Gas Job Search – Brad Smith Annual Package (OilPro_0030099) | | | | |
| 434 | Spreadsheet, file name "OILPR_Member_Analysis_20180704.xlsx" (OilPro_Solomon 0000666) | | | | |
| 450 | American Society of Appraisers Business Valuation Standards (pg. 43) (JOHNSON_0000004) | | | | |
| 460 | Integrity 2/17/14 Statement of Work to Dice (DHI_0018114-20) | | | | |
| 461 | Mandiant Statement of Work to Dice, 4/25/14 (DHI_0007106-08) | | | | |
| 462 | Mandiant Forensic Exam Report dated July 31, 2014 (Braddy Depo Exh. 14) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 463 | Rigzone Hours Estimate for Access Event (Durney Depo Exh. 2 / DHI_0000091) | | | | |
| 464 | DHI Estimated Costs Related to Kent's Resume Access (Norville Depo. Exh. 49 / DHI_0000091 – 106) | | | | |
| 475 | Calendar invites for 2015-08-06 call , Subject: FW: Rigzone – OilPros Call (DHI_0005574 & DHI_0005575) | | | | |
| 476 | Calendar invite for 2015-10-02 call , Subject: OilPro (DHI_0005576) | | | | |
| 477 | Calendar invites for 2015-10-27 call , Subject: Oilpro Update (DHI_0005577 & DHI_0005578) | | | | |
| 478 | Calendar entry dated 10/27/2015, Subject: Oilpro Update (DHI_0191803) | | | | |
| 479 | Calendar invite for 2015-11-19 call , Subject: OilPro (DHI_0005579) | | | | |
| 480 | Calendar invites for 2015-12-08 call , Subject: Block for OilPro (DHI_0005580, DHI_0005581 & DHI_0005582) | | | | |
| 481 | Calendar invites for 2016-01-15 meeting , Subject: Prep Meeting (DHI_0005583 & DHI_0005584) | | | | |
| 482 | Calendar invite for 2016-02-12 meeting , Subject: OilPro Follow-up Call (DHI_0005585 & DHI_0005586) | | | | |
| 483 | Calendar invite for 2016-04-05 call, Subject: FW: Call with DHI (DHI_0005588) | | | | |
| 484 | Calendar invites for 2016-04-08 call , Subject: OilPro Follow Up (DHI_0005589, DHI_0005590, DHI_0005591 & DHI_0005592) | | | | |
| 485 | Calendar invite for 2016-04-12 call , Subject: oilpro (DHI_0005593) | | | | |
| 486 | Calendar invite for 2016-04-13 meeting, Subject:  (DHI_0005596 & DHI_0005597) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 487 | Calendar invites for 2016-04-14 call , Subject: OilPro Follow-up (DHI_0005594 & DHI_0005595) | | | | |
| 488 | Calendar invite for 2016-04-15 call, Subject: HK re (DHI_0005598) | | | | |
| 489 | Calendar invites for 2016-04-19 meeting, Subject: OilPro Follow-Up (DHI_0005599 & DHI_0005600) | | | | |
| 490 | Calendar invite for 2016-04-28 meeting , Subject: Oilpro (DHI_0005601) | | | | |
| 491 | Calendar invite for 2016-05-03 meeting , Subject: reminder to focus on OilPro in 1/1 today (DHI_0005602) | | | | |
| 492 | Calendar invite for 2016-05-05 meeting  , Subject: Oilpro (DHI_0005603 & DHI_0005604) | | | | |
| 493 | Calendar invite for 2016-05-09 meeting , Subject: oilpro catch up (DHI_0005605) | | | | |
| 494 | Calendar invite for 2016-05-13 call , Subject: Oilpro:  Status Conference Call (DHI_0005606 & DHI_0005607) | | | | |
| 495 | Calendar invite for 2016-05-18 call, Subject: oilpro x2 (DHI_0005587) | | | | |
| 496 | Calendar invites for 2016-05-19 call , Subject: Oilpro Group TC (DHI_0005608 & DHI_0005609) | | | | |
| 497 | Calendar entry dated 5/24/2016, Subject: Oilpro: Telephone Conference with DOJ (Roberts Depo. Exh. 94 / DHI_0005610) | | | | |
| 498 | Calendar invites for 2016-05-24 call , Subject: Oilpro:  Telephone Conference with DOJ (DHI_0005610, DHI_0005611 & DHI_0005612) | | | | |
| 499 | Calendar invite for 2016-05-25 meeting, Subject: Oilpro Meeting (DHI_0005613 & DHI_0005614) | | | | |
| 500 | Email string 7/26/11, subject: "$650K" (Oilpro_0023070-72) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 501 | Memorandum of Agreement 9/8/2011 between Dice Holdings and David Kent (DHI_0008049) | | | | |
| 502 | Kent Family Photo (Oilpro_0023034 – Oilpro_0023034) | | | | |
| 503 | Video of Arrest 3/30/16 (Oilpro_0023003) | | | | |
| 504 | Wire Transaction Detail 9/29/17 (Oilpro_0023130 – Oilpro_0023130) | | | | |
| 505 | Fax 10/10/2017 from Spears to Citibank, Re: Outgoing Wire (Oilpro_0023004 – Oilpro_0023004) | | | | |
| 506 | Wire Transaction Detail 10/10/17 (Oilpro_0023131 – Oilpro_0023131) | | | | |
| 507 | Wire Transaction Detail 10/10/17 (Oilpro_0023132 – Oilpro_0023132) | | | | |
| 508 | Kent Handwritten Notes to Casey Kent (Oilpro_0023011 – Oilpro_0023022) | | | | |
| 509 | Prison Journal (Oilpro_0024773) | | | | |
| 510 | Prison Journal (Oilpro_0024774) | | | | |
| 511 | Prison Journal (Oilpro_0024775) | | | | |
| 600 | Rigzone Confluence Timeline (Norville Depo. Exh. 52 / DHI_0024616-19) | | | | |
| 601 | Brian Campbell 7/2/14 email forwarding Dice counsel's email sent to FBI and DOJ (Durney Depo. Exh. 3 / DHI_0000550-51) | | | | |
| 602 | Email dated 7/29/15, subject: "FW: Rigzone Hacking Activity – High Level Overview" (DHI_0005533) | | | | |
| 603 | Profuse Deck – October 2015 (Oilpro_0006114) | | | | |
| 604 | Email string dated 10/26/2015, Subject: RE: Oilpro Update (DHI_0191800) | | | | |
| 605 | Email string 10/25/15 – 10/28/15 between Durney and Kent, Subj.: Oilpro Update (Dep.Ex.4 / Oilpro_0001374-1375) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 606 | Email string dated 10/28/2015, Subject: RE: Oilpro Update – How about this (DHI_0017139) | | | | |
| 607 | Email string dated 10/29/2015, Subject: RE: Profuse Networks / Oilpro Deck (DHI_0191841) | | | | |
| 608 | Email string 10/30/15 between Kent and Durney, subject: "RE: Profuse Networks / Oilpro Deck" (Durney Depo Exh. 5 / Oilpro_0001376-77) | | | | |
| 609 | Email string 11/2/15 from Campbell, subject: "FW: Profuse Networks / Oilpro Deck" (DHI_0007538-40) | | | | |
| 610 | Email string 11/5/15 forwarding Kent-to-Durney email, Subj.: Profuse / Oilpro Discussion (Kent Dep.Ex.4 / Oilpro_0005005-5007) | | | | |
| 611 | 11/20/15 email string between Norville and FBI, subject: "RE: Investigation Status" (Norville Depo Exh. 56 / DHI_0191952-55) | | | | |
| 612 | Email string 11/25/15 between D. Kent and M. Durney, subject: "Re: Profuse / Oilpro Discussion" (DHI_0016810-20) | | | | |
| 613 | Email string 12/4/15 between Norville and FBI, subject: "RE: Request for Information – New York List and Resumes" (Norville Depo. Exh. 57 / DHI_0192015-16) | | | | |
| 614 | OilPro 12/8/15 Meeting in NY – Calendar Item (DHI_0005581) | | | | |
| 615 | Email dated 1/4/16, subject: "RE: Download Emails" (DHI_0192063) | | | | |
| 616 | Email string 1/4/16 between Norville and FBI, Subj.: Download Emails (Norville Dep.Ex.51 / DHI_0192063-64) | | | | |
| 617 | Email string 1/6/16 between Kent and Durney, subject: Re: Profuse / Oilpro Discussion (Durney Depo Exh. 6 / OIlpro_0002879-2906) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 618 | Prep Meeting 1/15/16 – NY Calendar Item (DHI_0005583) | | | | |
| 619 | Email string 1/21/16 between Durney and Kent, subject: "RE: Reports" (Oilpro_0002450-51) | | | | |
| 620 | Email dated 2/3/16, subject: "RE: Interaction Stats" (DHI_0007541) | | | | |
| 621 | Email string 3/7/16 – 3/8/16 between C. Norville and FBI, Subj.: Brad@virtualbench, Progressive, Spencer-Ogden (Norville Dep.Ex.50 / DHI_0017601-17604) | | | | |
| 622 | 3/17/16 email string between Norville and FBI, subject: "RE: Brad@virtualbench, Progressive, Spencer-Ogden" (DHI_0017601-04) | | | | |
| 623 | Email 3/30/16, Norville to FBI, subject: "Houston Address" (DHI_0192770) | | | | |
| 624 | Email string 4/1/16 between Norville and FBI, subject: "FW: Linkedin Import on Oilpro Expires in 8 Hours" (DHI_0192791-92) | | | | |
| 625 | Email dated 6/7/16, subject: Loss Amount (DHI_0192830) | | | | |
| 626 | Email dated 6/20/16, subject: Kent/DHI Group (DHI_0192831) | | | | |
| 627 | 9/27/2017 DHI / Campbell letter to Judge Cote (DHI_0192858) | | | | |
| 700 | DHI Letter to Netrouting, Inc. dated April 21, 2014 (DHI_0016756) | | | | |
| 701 | DHI Letter to Wholesale Internet dated April 21, 2014 (DHI_0016754) | | | | |
| 702 | DHI Letter to UK Dedicaed Servers, Ltd.dated April 21, 2014 (DHI_0016755) | | | | |
| 703 | DHI Letter to HugeServer Networks, LLC dated April 21, 2014 (DHI_0016757) | | | | |
| 704 | DHI Letter to Altushost B.V. dated April 21, 2014 (DHI_0016758) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 705 | Email string 6/16/15 from Matt Kent, subject: Fwd: dice (Oilpro_0023002) | | | | |
| 706 | Rigzone Open Web Meeting Report dated 8/31/15 (DHI_0024362-63) | | | | |
| 707 | FreshUp docs (DHI_0078909) | | | | |
| 708 | MAG - HR data FreshUp report.pdf (DHI_0078911) | | | | |
| 709 | MAG - HR data FreshUp results.xls (DHI_0078912) | | | | |
| 710 | Email string 9/26/13, subject: "Fwd: Interesting interview with Durney" (OIlpro_0025483) | | | | |
| 711 | Email string 11/17/15, subject: "Rigzone/Open Web Next Steps COMPLETE" (DHI_0024364-65) | | | | |
| 712 | Email string 12/8/10 between Kent and Norville, subject: "Re: Chat" (Oilpro_0029194) | | | | |
| 713 | Email string 1/12/11 between Kent and Norville, subject: "Re: Fwd: Friday" (Oilpro_0029195-97) | | | | |
| 714 | Business Case_Open Web_HILL.docx (DHI_0028589-DHI_0028597) | | | | |
| 715 | Email string 2/26/15 from Norville, subject: "RE: Job Counts Dropping" (Kent Depo. Exh. 35 / DHI_0017087-88) | | | | |
| 716 | Email string 2/26/15 from Norville, subject: "RE: Job Counts Dropping" (Norville Depo. Exh. 60 / DHI_0017087-88) | | | | |
| 717 | Email dated 2/26/15, subject: "RE: Job Counts Dropping" (DHI_0017087) | | | | |
| 718 | Email string 4/30/2015 from Chana, subject: "RE: Status Update: Rigzone/OpenWeb standalone prototype" (DHI_0023219-23) | | | | |

**Joint Pre-Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ADMIT DATE |
|---|---|---|---|---|---|
| 719 | Rigzone Tasks & Timeframe Spreadsheet (DHI_0023224) | | | | |
| 720 | Email string 12/2/15 from Chana, subject: "RE: OpenWeb Retesting and Next Steps" (DHI_0024366-68) | | | | |
| 721 | Email 1/19/16 from Megan Henderson, subject: "RE: Spencer Ogden Feedback" (DHI_0005044-47) | | | | |
| 722 | 4/13/16 Rigzone email, subject: "Rigzone Open Web Progress" (DHI_0024324-25) | | | | |
| 723 | "Focus Group, Beta Testing Stand Alone Version," dated 11/18/15 (DHI_0024326-27) | | | | |
| 724 | Powerpoint, "Rigzone + Open Web Data Analysis: Open Web Stand-Alone Prototype - August 2015" (DHI_0024328-53) | | | | |
| 725 | Dice Holdings Job Aggregator Site Summary (DHI_0088367) | | | | |
| 726 | Email 10/1/15 from D. Lee, subject: "how can these companies have these many jobs posted on Oilpro?" (DHI_0023811) | | | | |
| 727 | Email string 10/1/15 from A. Lemmer, subject: "Re: how can these companies have these many jobs posted on OilPro?" (DHI_0023812) | | | | |
| 728 | LinkedIn letter to DHI dated 9/10/13, with attachments (DHI_0024650-62) | | | | |
| 729 | DHI letter to LinkedIn dated 9/12/13 (DHI_0024623) | | | | |
| 730 | LinkedIn letter to DHI dated 5/6/15, with attachments (DHI_0024629-46) | | | | |
| 731 | DHI letter to LinkedIn dated 5/22/15 (DHI_0024620-22) | | | | |
| 732 | LinkedIn letter to DHI dated 8/7/15 (DHI_0024647-49) | | | | |
| 733 | DHI letter to LinkedIn dated 9/15/15 (DHI_0024624-28) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 734 | LinkedIn letter to DHI dated 10/23/15 (DHI_0024663-64) | | | | |
| 735 | Email dated 4/14/16, subject: "RE: Openweb discussions Kick Off Meeting" (DHI_0156241) | | | | |
| 736 | Transcript of Dice 3/4/13 Media Telecom Conference (Oilpro_0008375-82) | | | | |
| 737 | Chat 6/16/15 between Kent and Antonini (Antonini Depo Exh. 69 / Oilpro_0005125-28) | | | | |
| 738 | Text message with Chez 6/16/15 (Oilpro_0029102) | | | | |
| 739 | Email 6/21/2016 from Matt Kent, no subject (Oilpro_0029101) | | | | |
| 740 | InstantProxies Review Page 2018-08-28.pdf (Oilpro_0022992) | | | | |
| 741 | InstantProxies Review2 Page 2018-08-28.pdf (Oilpro_0022996) | | | | |
| 742 | InstantProxies Home Web Page (Oilpro_0022991) | | | | |
| 743 | Rigzone Monthly Business Review Overview 1/8/2013  (DHI_0024933) | | | | |
| 744 | 2014 Rigzone Strategy Session.docx (DHI_0053589) | | | | |
| 745 | Powerpoint, file name "DeepDive HiringSolved 2014-10-22 FINAL_HD.pptx" (DHI_0020463) | | | | |
| 746 | Email string 9/15/10, subject: "Fwd: FW: WWW & Rigzone pricing" (Oilpro_0029179-82) | | | | |
| 747 | Document titled, "WorldWideWorker Secret Shopper" (Oilpro_0029183) | | | | |
| 748 | Email string 3/28/12 between Kent and Norville, subject: "Re: SIOPCO Launched" (Oilpro_0029733) | | | | |
| 749 | Email string 2/15/2011 between Kent and Norville, subject: "Re: New Domain" (Oilpro_0029198-99) | | | | |

**Joint Pre–Trial Order – Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| **750** | Email string 1/14/12 between Kent and Norville, subject: "Re: Tasks" (Oilpro_0029298) | | | | |
| **751** | Email 1/15/12 from Kent to Norville, subject: "SIOPCo" (Oilpro_0029299) | | | | |
| **752** | Email string 1/15/12 between Kent and Norville, subject: "Re: SIOPCO" (Oilpro_0029300) | | | | |
| **753** | Email 1/17/12 Norville to Kent, subject: "Next?" (Oilpro_0029301) | | | | |
| **754** | Email string 1/17/12 between Kent and Norville, subject: "Re: Folder Structure" (Oilpro_0029302) | | | | |
| **755** | Email 2/29/12 Kent to Norville, subject: "SIOPCO" (Oilpro_0029696) | | | | |
| **756** | Email string 3/28/12 between Kent and Norville, subject: "Re: SIOPCO Launched" (Oilpro_0029732) | | | | |

Joint Pre-Trial Order – Amended Attachment A-2

**FOLEY & LARDNER LLP**

By:   */s/ James G. Munisteri*

                **James G. Munisteri**
                Texas Bar No. 14667380
                1000 Louisiana, Suite 2000
                Houston, Texas 77002-2099
                Telephone: (713) 276-5500
                Facsimile: (713) 276-5555
                jmunisteri@foley.com

                **Sara Ann Brown**
                Texas Bar No. 24075773
                2021 McKinney, Suite 1600
                Dallas, Texas 75201-3340
                sabrown@foley.com

                **Attorneys for Defendants**
                **David W. Kent Jr. and Single**
                **Integrated Operations Portal,**
                **Inc. d/b/a Oilpro and**
                **Oilpro.com**

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

                */s/ Sara Ann Brown*
                **Sara Ann Brown**

4826-3191-9034.1