United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC. *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. H-16-1670 |
| DAVID W. KENT, JR. *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court are Defendants' Rule 16 Motion to Simplify Issues for Trial (Document No. 292) and Defendants' Rule 104 Motion on Johnson Testimony (Document No. 293). Having considered the motions, submissions, and applicable law, the Court determines the motions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendants' Rule 16 Motion to Simplify Issues for Trial (Document No. 292) is **DENIED**. The Court further

**ORDERS** that Defendants' Rule 104 Motion on Johnson Testimony (Document No. 293) is **DENIED**.

SIGNED at Houston, Texas, on this __7__ day of May, 2020.

_____
DAVID HITTNER
United States District Judge