# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., *Plaintiffs,* v. DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ET AL., *Defendants.* | C.A. NO.: 16-cv-01670 |

## PLAINTIFFS' WITNESS LIST AND DIRECT EXAMINATION TIME PROJECTIONS

| Plaintiffs' Witness (In Order) | DX Time Estimate |
|---|---|
| David Kent | 6 hours |
| Estevan Dufrin | 1 hour |
| Matthew Kent | 1 hour |
| Jeremy Antonini (by deposition) | 1 hour |
| Michael Durney | 2 hours |
| Chad Norville | 2 hours |
| Shane Johnson | 2 hours |
| **Total** | 15 hours |

Respectfully Submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: /s/ *Walter Lynch*
**Walter Lynch**
State Bar No. 24046330
Federal ID No. 965265
**Amir Halevy**
State Bar No. 24065356
Federal ID No. 1259956
**Joseph ("Jeb") W. Golinkin II**
State Bar No. 24087596
Federal ID No. 2515657
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713-955-4020 (Telephone)
wlynch@jlcfirm.com
ahalevy@jlcfirm.com
jgolinkin@jlcfirm.com

## Certificate of Service

I certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

/s/ *Jeb Golinkin*
Joseph W. Golinkin II