# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., *Plaintiffs*, v. DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ET AL., *Defendants*. | C.A. NO.: 16-cv-01670 |

## PLAINTIFFS' FINAL TRIAL PLAN

| **Plaintiffs' Witness** | **Direct** | **Re-Direct** | **Combined** |
|---|---|---|---|
| David Kent | 6 | 1 | 7 |
| Estevan Dufrin | 1 | 0.5 | 1.5 |
| Matthew Kent | 1 | 0.5 | 1.5 |
| Jeremy Antonini | 1 | n/a* | 1.0 |
| Michael Durney | 2 | 0.5 | 2.5 |
| Chad Norville | 2 | 0.75 | 2.75 |
| Shane Johnson | 2 | 1 | 3 |
| **(1)  Total Time for Plaintiffs' Witnesses** | | | 19.25 |

* By deposition designations

| Defendants' Witnesses | Cross-Examination |
|---|---|
| David Kent | n/a^ |
| Princeprett Chana | 0.25* |
| Michael Durney | n/a^ |
| Neil J. Beaton | 1.5 |
| John T. Myers | 0.5 |
| Constance Melrose | 0.5* |
| Saul Solomon | 1.5 |
| Jeremy Antonini | 0.5* |
| Bryan Robins | 1.0 |
| Laura Bumby | 1.0 |
| Estevan Dufrin | n/a^ |
| Trent Livingston | 1.5 |
| Jonathan Fairbanks | 1.0 |
| Melvin Montang | 1.0 |
| Chad Norville | n/a^ |
| John Roberts | 0.5* |
| Jason Braddy | 0.25* |
| Casey Kent | 0.25 |
| Dan Cogdell | 1.5 |
| **(2) Total Time for Defendants' Witnesses** | 12.75 |

* By deposition Designations

^ *See* Plaintiffs' Witness Time Estimates

| (3)  Additional Time for Plaintiffs' Case | 4.0 |
|---|---|
| (4)  Hearing Time+ | 4.0 |
| +This number assumes the estimate was to include time for a final pretrial hearing.  To that, in terms of Plaintiffs' Motion in Limine, after agreeing to withdraw 4 additional items, only 7 remain to be decided by | |

| | |
|---|---|
| the Court (#s 2, 5, 6, 8, 9, 19 & 21).  Of Defendants' Motion in Limine, after Plaintiffs agreed to 2 additional items, 21 remain to be decided by the Court.  As to exhibits, Defendants objected to 105 of Plaintiffs' 157 exhibits and Plaintiffs objected to 181 of Defendants' 355 exhibits. | |
| **TOTAL PLAINTIFFS' TIME** | 40 |

Respectfully Submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: /s/ *Walter Lynch*
**Walter Lynch**
State Bar No. 24046330
Federal ID No. 965265
**Amir Halevy**
State Bar No. 24065356
Federal ID No. 1259956
**Joseph ("Jeb") W. Golinkin II**
State Bar No. 24087596
Federal ID No. 2515657
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713-955-4020 (Telephone)
wlynch@jlcfirm.com
ahalevy@jlcfirm.com
jgolinkin@jlcfirm.com

## Certificate of Service

  I certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

*/s/ Jeb Golinkin*
Joseph W. Golinkin II
