United States District Court
Southern District of Texas
**ENTERED**
August 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC. *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-16-1670 |
| DAVID W. KENT, JR. *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Defendants' First Motion for Continuance (Document No. 319). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied.[1] Accordingly, the Court hereby

**ORDERS** that Defendants' First Motion for Continuance (Document No. 319) is **DENIED**.

---

[1] As explained in Plaintiffs' briefing, the Court notes a **potential** scheduling conflict is asserted in the motion for a continuance. *See Plaintiffs' Response to Defendants' First Motion for Continuance*, Document No. 321 at 1–4. The Court further notes the potential scheduling conflict is alleged to impact only some—but not all—of Defendants' counsel of record. *Compare Defendants' First Motion for Continuance*, Document No. 319 at 3, *with Notices of Appearance of Lynne Liberato & Kent Rutter*, Document Nos. 296–97.

SIGNED at Houston, Texas, on this __21__ day of August, 2020.

_____
DAVID HITTNER
United States District Judge