# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

DHI GROUP, INC. F/K/A DICE
HOLDINGS, INC. AND
RIGZONE.COM, INC.,

                    *Plaintiffs,*

    v.

DAVID W. KENT, JR., SINGLE
INTEGRATED OPERATIONS
PORTAL, INC. D/B/A OILPRO
AND OILPRO.COM, ET AL.,
                *Defendants.*

C.A: NO.: 16-cv-01670

## PLAINTIFFS' SECOND AMENDED TRIAL EXHIBIT LIST

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 1 | | 2014-08-15 David Kent to Bessemer | Bessemer 0000049 | |
| 2 | | 2013_03_11 Bud Montang to David Kent | Bessemer 0000217 | |
| 3 | | WITHDRAWN | | |
| 4 | | WITHDRAWN | | |
| 5 | | 2010-08-11 Stock Purchase Agreement (Dice Holdings, Inc. and Rigzone.com, Inc.) | DHI_0000713-917 | R |
| 6 | | 2010-08-11 David Kent Employment Agreement | DHI_0000978-87 | R |
| 7 | | 2015-10-28 David Kent email to Michael Durney RE: Profuse networks/Oilpro deck | DHI_0002483 | |
| 8 | | WITHDRAWN | | |

[1] A=Authenticity; H=Hearsay; NP=Not Produced; R=Relevance

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 9 | | 2015-10 Pro Networks Series A | DHI_0002508-26 | |
| 10 | | Due Diligence - Technology outline | DHI_0007990-95 | H |
| 11 | | Rigzone Purchase Agreement | DHI_0008853-54 | |
| 12 | | DHI 2010 Staff Member Handbook | DHI_0017378-448 | R |
| 13 | | Rigzone Monthly Buisness Review September 2013 | DHI_0060001-16 | R |
| 14 | | WITHDRAWN | | |
| 15 | | Presentation re. Oilcareers | DHI0007887 | |
| 16 | | WITHDRAWN | | |
| 17 | | 2016-04-25 Jeremy Antonini email to Joseph Triepke, et al. RE: Revised Oilpro Team Update | Dufrin  125  HL | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 18 | | 2015-09-21 David Kent email to Jeremy Antonini RE: New Members and Soft Member Job Notifications | Dufrin  27 | |
| 19 | | WITHDRAWN | | |
| 20 | | 2016-04-11 Estevan Dufrin email RE: Chat with Laura Bumby - 2014-12-19 | Dufrin_000037 | |
| 21 | | 2016-03-17 David Kent email to Estevan Dufrin RE: Rigzone Bill | Dufrin_000057 | |
| 22 | | 2014-04-11 Estevan Dufrin email to David Kent RE: position filled | Dufrin_000076 | R |
| 23 | | Trello.com - Trojan Horse | Dufrin_000107 | H; R |
| 24 | | 2016-01-28 Estevan Dufrin email to Brad Smith RE: Rusty account | Dufrin_000120 | R |
| 25 | | 2015-10-27 David Kent text to Jeremy Antonini | Dufrin_000134 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 26 | | 2014-06-23 David Kent email to Estevan Dufrin RE: Sends | Dufrin_000138 | |
| 27 | | 2014-09-07 David Kent email to Estevan Dufrin RE: New list | Dufrin_000178 | |
| 28 | | Layering the Cake | Fairbanks 00875-903 | H |
| 29 | | 2014-01-23 Stephan Zappelin email to Jonathan Fairbanks RE: OilPro Model | Fairbanks000110 | H |
| 30 | | EXCEL SIOPCO Financial Projections 2013-2019 | Fairbanks000111 | H |
| 31 | | 2013-10-30 Stephan Zeppelin email to Jonathan Fairbanks RE: OilPro | Fairbanks000113 | H |
| 32 | | Oct. 2013 GEC deck to OilPro | Fairbanks000114-122 | H |
| 33 | | 2016-09-06 Jonathan Fairbanks email to Michael Weekley RE: 2014 valuation analysis - brief history of JBF deal | Fairbanks000164 | H |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 34 | | GEC presentation - GEC: A Trusted Partner for SIOPCO's Growth | Fairbanks000165-189 | H |
| 35 | | 2016-06-16 Email from Jonathan Fairbanks Re. SIOPCO 2016 P&L | Fairbanks000193 | R |
| 36 | | 2014-12-19 Jonathan Fairbanks email to Marita Fairbanks RE: Fwd: STOPCO Admin - Dec. 2014 | Fairbanks000294-98 | H |
| 37 | | 2014-10-08 Jonathan Fairbanks email to David Kent RE: Thanks | Fairbanks000371-72 | |
| 38 | | 2014-10-08 Jonathan Fairbanks email to Steven Giacona RE: Thanks | Fairbanks000373-74 | H |
| 39 | | 2016-10-27 David Kent email to Jonathan Fairbanks RE: Removal of the Cancer | Fairbanks000787 | R |
| 40 | | 2013-01-10 David Kent email to Jonathan Fairbanks RE: Financials, etc. - resumes and customers are paramount | Fairbanks001174 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 41 | | Dec. 2016 signed SPA selling JBF interests | Fairbanks001478-1497 | R |
| 42 | | WITHDRAWN | | |
| 43 | | WITHDRAWN | | |
| 44 | | https://www.forbes.com/sites/georgeanders/2013/11/07/a-twitter-user-is-worth-110-facebooks-98-linkedins-93/#64192e132e8c | N/A | H |
| 45 | | 2015_07_21 Oilpro | N/A | H; NP |
| 46 | | 2015_07_21 Oilpro II | N/A | H; NP |
| 47 | | Emails between Bumby, Robins, and Kent | Oilpro 0000701 | R |
| 48 | | 2013-10-20 Email b/t David Kent and Bud Montang | Oilpro 0000890 | R |
| 49 | | 2015_08-27 Correspondence | Oilpro 0001023 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 50 | | 2016_03_04 from Matt Kent to Dufrin | Oilpro 0004221 | H; R |
| 51 | | 2015_06_19 Gchat Conversation | Oilpro 0004706 | R |
| 52 | | 2016_02_17 Gchat Conversation | Oilpro 0004717 | |
| 53 | | 2015-01-18 Email from David Kent | OilPro 0004734 | |
| 54 | | 2016_01_21 Conversation b/t Matt Kent, Brian Robins, and David Kent | Oilpro 0005017 | R |
| 55 | | 2015_06_11  Email from Dufrin to D. Kent. | OilPro 0005255-7 | R |
| 56 | | Email Transmitting Dice Energy Presentation | Oilpro 0027438-66 | R |
| 57 | | 2013-05-16 Email b/t David Kent and Bud Montang | Oilpro 0027633 | R |
| 58 | | 2011-11-18 Email b/t David Kent and Bud Montang | Oilpro 0029282 | H; R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 59 | | 2013-10-01 Michael Durney email to David Kent RE: Congrats and Partnership - Oct. 2013 DK to Durney | Oilpro_0000001 | |
| 60 | | 2013-08-20 Michael Durney email to David Kent RE: Update | Oilpro_0000013 | |
| 61 | | 2015-10-28 Michael Durney email to David Kent RE: Oilpro Update | Oilpro_0000029-30 | |
| 62 | | 2014-03-06 David Kent email to Laura Bumby RE: Rigzone | Oilpro_0000579 | R |
| 63 | | 2015-03-27 Estevan Dufrin email to David Kent, et al. RE: Operation Resume Hoard Part 1 | Oilpro_0000704-705 | R |
| 64 | | 2014-09-18 Laura Bumby email to David Kent | Oilpro_0000948 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 65 | | 2013-10-30 Leland Richardson email to David Kent RE: Invitation to connect on Oilpro | Oilpro_0001125-26 | R |
| 66 | | HMA Feb. 2014 | Oilpro_0001144-45 | |
| 67 | | 2014-07-10 Estevan Dufrin email to David Kent RE: Follow up | Oilpro_0001213-14 | R |
| 68 | | 2014-07-10 Estevan Dufrin email to David Kent RE: Operation brief | Oilpro_0001217 | R |
| 69 | | Operation Siege and Trojan Horse | Oilpro_0001218 | R |
| 70 | | HMA Aug. 2014 | Oilpro_0001223-24 | |
| 71 | | 2014-11-17 John Reese email to David Kent RE: Holly Henderson email | Oilpro_0001240-41 | R |
| 72 | | HMA Mar. 2015 | Oilpro_0001296-97 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 73 | | HMA Nov. 2015 | Oilpro_0001381-82 | |
| 74 | | 2013-10-30 David Kent email to Oilpro Support RE: Invitation to connect on Oilpro | Oilpro_0002545-47 | R |
| 75 | | 2014-03-19 David Kent email to Melvin Montang RE: DHI - good acquisition | Oilpro_0002568 | R |
| 76 | | 2014-04-03 David Kent email to Phillip Crawford RE: Unhappy | Oilpro_0002577-79 | R |
| 77 | | 2014-04-22 David Kent email to Laolu Okewole RE: Dear Oil Pros | Oilpro_0002584-85 | R |
| 78 | | 2014-04-24 David Kent email to Carol Okojie RE: A request for information on Ms. Holly Henderson and a request for permission to login to the Oilpro website | Oilpro_0002586-88 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 79 | | 2014-12-22 David Kent email to Estevan Dufrin | Oilpro_0002646 | |
| 80 | | 2015 SIOPCO Goals | Oilpro_0002647 | |
| 81 | | 2013-06-11 Bud Montang to David Kent Re. Question | Oilpro_00026644-45 | R |
| 82 | | 2015-03-10 David Kent email to Bud Montang RE: Announcement OilCareers and Rigzone are combining strengths, find out when! | Oilpro_0002672-73 | R |
| 83 | | 2015-04-06 David Kent email to Jeremy Antonini RE: Operation Resume Hoard Part 1 | Oilpro_0002684-89 | R |
| 84 | | 2015-04-06 David Kent email to Leland Richardson RE: Operation Resume Hoard Part 1 | Oilpro_0002690-95 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 85 | | 2015-07-19 David Kent email to Estevan Dufrin RE: UK | Oilpro_0002728-30 | |
| 86 | | 2015-08-28 David Kent email to Michael Durney RE: Competition, etc. | Oilpro_0002735-37 | |
| 87 | | HMA Nov. 2013 | Oilpro_0004070-71 | |
| 88 | | 2015-07-17 David Kent email to Estevan Dufrin RE: 4th Party | Oilpro_0004179 | R |
| 89 | | 2016-01-20 Brad (Virtual Bench) email to Estevan Dufrin RE: Welcome Back to Rigzone | Oilpro_0004213-14 | R |
| 90 | | 2016-01-27 Holly (Virtual Bench) email to Estevan RE: Locked account | Oilpro_0004216-17 | R |
| 91 | | 2016-01-29 Laura Bumby email to Estevan Dufrin RE: Holly log-ins | Oilpro_0004219 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 92 | | Slip sheet - document provided in native format - rz cl 15.xlsx | Oilpro_0004222 | H; R |
| 93 | | Slip Sheet - document provided in native format - Sales Team Accounts V3-4-5-6 MR 7(1).xlsx | Oilpro_0004223 | H; R |
| 94 | | 2016-01-20 Estevan Dufrin email to Brad Smith RE: Welcome back to Rigzone | Oilpro_0004287-88 | R |
| 95 | | 2015-04-06 Laura Bumby email to Estevan Dufrin RE: Operation Resume Hoard Part 1 | Oilpro_0004340-42 | R |
| 96 | | 2015-11-25 Michael Durney email to David Kent RE: Profuse / Oilpro discussion | Oilpro_0004460-72 | |
| 97 | | 2016-01-27 Michael Durney email to David Kent RE: Interaction stats | Oilpro_0004549-50 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 98 | | 2015-03-16 David Kent email to Leland Richardson RE: DICE.com | Oilpro_0004762 | |
| 99 | | 2015-05-26 Bryan Robins email to David Kent RE: Jesse Lisby and Laura Bumby RE: Jobs | Oilpro_0005071 | R |
| 100 | | 2015-04-01 Estevan Dufrin email to Bryan Robins and David Kent RE: Post OC and Rusty Merge | Oilpro_0005117 | R |
| 101 | | Slip sheet - document provided in native format - CompAnalysisPostMerger.xlsx | Oilpro_0005118 | R |
| 102 | | 2014-04-03 Password Request to David@tech.pro RE: HMA! Pro VPN - reset password request | Oilpro_0005167 | |
| 103 | | 2014-08-26 Charles David email to David Kent RE: Please review this for consistency | Oilpro_0005190-91 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 104 | | 2015-06-10 Estevan Dufrin email to David Kent RE: Traffic opportunity and rusty engagement | Oilpro_0005252-254 | R |
| 105 | | 2015-07-28 Estevan Dufrin email to David Kent RE: Recruitment scam - fake profile | Oilpro_0005295-96 | R |
| 106 | | 2015-07-29 Cdavis email to David Kent RE: Deal Book Page - Oilpro - Houston Ventures | Oilpro_0005300-5338 | H |
| 107 | | WITHDRAWN | WITHDRAWN | R |
| 108 | | 2014-04-24 David Kent email to Mike Durney RE: Update | Oilpro_0005669 | |
| 109 | | 2015-07-31 David Kent email to Estevan Dufrin RE: UK Recruiter | Oilpro_0006045 | R |
| 110 | | 2015-11-05 David Kent email to Mike Durney RE: Profuse / Oilpro discussion | Oilpro_0006133-35 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 111 | | 2015-07-28 Oilpro Support email to Mr. Macleod RE: contact support - gmac.abz@gmail.com | Oilpro_0006192 | R |
| 112 | | 2015-08-19 Estevan Dufrin email to Phil Williams RE: Oilpro | Oilpro_0006216-18 | R |
| 113 | | 2016_01-20 Gchat | Oilpro_0006280 | |
| 114 | | 2016-03-07 Matt Kent email to David Kent RE: Rusty Expiring | Oilpro_0006289 | R |
| 115 | | Sales list | Oilpro_0006290 native | R |
| 116 | | 2015-07-18 Kevin J. McKie email to support@oilpro.com RE: Heather Sullivan has connected with you on Oilpro | Oilpro_0006295 | R |
| 117 | | 2015-10-21 David Kent email to Bill Day RE: venture capital | Oilpro_0008699-8700 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 118 | | 2014-08-21 Cdavis@houven.com email to David Kent RE: OK..go to bookings plan then call me and I will explain | Oilpro_0009135-36 | |
| 119 | | 2014-08-23 Cdavis@houven.com email to David Kent RE: Cost per registrant | Oilpro_0009175-76 | R |
| 120 | | 2014-08-23 cdavis@houven.com email to David Kent RE cost per quality registrant is 30 | Oilpro_0009180 | |
| 121 | | 2014-11-05 Estevan Dufrin email to David Kent RE: images - transmittal of What is Oilpro | Oilpro_0009539-43 | |
| 122 | | What is Oilpro | Oilpro_0009544-48 | |
| 123 | | 2014-05-27 David Kent email to Charles Davis RE: Oilpro - faster than RZ by orders of magnitude | Oilpro_0010243-44 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 124 | | 2014-06-23 David Kent email to Chip Davis RE: morning thoughts | Oilpro_0010298 | R |
| 125 | | 2014-07-03 David Kent email to Charles Davis RE: Interesting | Oilpro_0010337-39 | |
| 126 | | 2014-07-20 David Kent email to cdavis | Oilpro_0010387-88 | R |
| 127 | | 2014-11-26 David Kent email to Jake Saper RE: Status | Oilpro_0010985-88 | |
| 128 | | 2015-10-28 David Kent email to Jake Saper RE: thanks | Oilpro_0011368 | R |
| 129 | | Profuse Networks Deck | Oilpro_0013073-88 | |
| 130 | | 2015-10-28 David Kent email to Jonathan Fairbanks RE: thoughts - transmission email for Layering the Cake | Oilpro_0013196 | |
| 131 | | Layering the Cake 2016 | Oilpro_0013197-225 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 132 | | 2012-03-12 Email from Bud Montang | Oilpro_0023030-31 | R |
| 133 | | 2013-05-08 Edward Krasnov email to David - RE: SIOPCO Projections | Oilpro_0026449 | H |
| 134 | | 2013-05-13 David Kent email to Joe Triepke Re: Files for GECLP | Oilpro_0026476-78 | |
| 135 | | 2013-09-10 Mark Sherman email to David@tech.pro RE: Oilpro.com analytics and Paid Search Proposal | Oilpro_0026907 | H; R |
| 136 | | 2012-11-02 Email from Bud Montaug | Oilpro_0027062-63 | |
| 137 | | Dice Energy Presentation | OilPro_0027439 | |
| 138 | | 2013-05-09 David Kent email to Edward Krasnov RE: SIOPCO Projections | Oilpro_0027552-53 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 139 | | 2013-05-16 David Kent email to Melvin Montang RE: Joe Jones-OilCareers - abide by law and ethical standards | Oilpro_0027649-50 | R |
| 140 | | 2010-09-15 Matthew Kent email to dkent@rigzone.com FWD: FW: WWW & Rigzone Pricing | Oilpro_0029179-82 | R |
| 141 | | Email from David Kent and Matt Kent re. Employment Agreement | Oilpro_0030041-48 | R |
| 142 | | 2016-04-22 Jeremy Antonini email to Matt Kent, et al. RE: Update for Oilpro Team | OilPro_0030077-79 | R |
| 143 | | 2016-04-25 Jeremy Antonini email to Joseph Triepke RE: Revised Oilpro Team upate | OilPro_0030080-82 | R |
| 144 | | 2016-04-25 Jeremy Antonini email to Bryan (Oilpro) RE: Revised Oilpro Team update | OilPro_0030083-85 | R |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 145 | | Antonini Email | Oilpro_0030086 | R |
| 146 | | 2016-05-09 David Kent email to Jeremy Antonini RE: Bulk invite upload CSV's - attorney client privilege | OilPro_0030323-24 | R |
| 147 | | 2016-04-28 Jeremy Antonini email to Jesse Lisby, et al. RE: Contact support | OilPro_0030330-31 | R |
| 148 | | 2016-04-11 Jeremy Antonini email to Jesse Lisby RE: Queries for removing people | OilPro_0030355 | R |
| 149 | | Slip sheet - document provided in native format | OilPro_0030356 | R |
| 150 | | Code | OilPro_0030356 | R |
| 151 | | 2015-03-16 David Kent email to Leland Richardson RE: DICE.com | Oilpro_005102 | |

| Ps' Ex. No. | Admitted | Description | Bates No. | Ds' Objection(s)[1] |
|---|---|---|---|---|
| 152 | | 2014-11-06 David Kent email to Charles Davis RE: Monthly Active Users - Data and Graph - Jeremy freaking genius | Oilpro_10910-15 | R |
| 153 | | 2015-09-30 David Kent email to Jonathan Fairbanks RE: Markup attached | Oilpro_13000-13001 | |
| 154 | | 2015-07-20 David Kent email to Jeremy Antonini | Oilpro_5129-30 | R |
| 155 | | Email from David Kent to Nick Tran | Oilpro_Solomon 0002126 | |
| 156 | | 2015-07-23 Oilpro Site Map | N/A | A; H; NP |
| 157 | | 2015-09-05 Oilpro Site Map | N/A | A; H; NP |

Respectfully submitted,

**JORDAN, LYNCH & CANCIENNE PLLC**

By: *s/ Walter Lynch*

> **Walter Lynch**
> State Bar No. 24046330
> Federal I.D. No. 965265
> **Amir Halevy**
> State Bar No. 24065356
> Federal I.D. No. 1259956
> **Joseph ("Jeb") W. Golinkin II**
> State Bar No. 24087596
> Federal I.D. No. 2515657
> 1980 Post Oak Blvd., Ste. 2300
> Houston, Texas 77056
> 713-955-4020 (Telephone)
> wlynch@jlcfirm.com
> ahalevy@jlcfirm.com
> jgolinkin@jlcfirm.com

ATTORNEYS FOR PLAINTIFFS DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC.

## <u>CERTIFICATE OF CONFERENCE AND SERVICE</u>

I hereby certify that on this 2nd day of November, 2020, I served all counsel of record with a copy of this Motion by the Court's electronic filing system.

*/s/ Jeb Golinkin*
Joseph W. Golinkin II