IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>David W. Kent, Jr., Single Integrated Operations Portal, Inc. d/b/a Oilpro, et. al.,<br><br>Defendants.<br><br>Single Integrated Operations Portal, Inc. d/b/a Oilpro and OILPRO.com,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>DHI Group, Inc. f/k/a Dice Holdings Inc. and RIGZONE.com, Inc.,<br><br>Counter-Defendants. | No: 16-cv-01670 |

**DEFENDANTS' THIRD AMENDED TRIAL EXHIBIT LIST**

Defendants David W. Kent, Jr. and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com ("Defendants") file this Third Amended Trial Exhibit List and reserve the right to amend and supplement.

1

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ADMIT DATE |
|---|---|---|---|---|---|
| 1 | Email 5/30/2001 from Martin Lloyd, subject: "Rigzone1.zip" (Oilpro_0023254) | | | | |
| 2 | Email string 6/5/2001 from Martin Lloyd, subject: "FW rigzone3.msg (Oilpro_0023251 - 52) | | | | |
| 3 | Email 2/6/2003 from Matt Kent, subject: "possibly one of my favorite resumes" (Oilpro_0023243) | | | | |
| 4 | Email string dated 12/7/05, subject: "RE Other" (Oilpro_0023171) | | | | |
| 5 | Email string dated 2/22/06, subject: "Rigzone Career Center," with attached "careercentercontract.doc" (Oilpro_0023193 - 94) | | | | |
| 6 | Email string dated 3/11/06, subject: "Rigzone.com Oil and Gas Career Center" (Oilpro_0023213) | | | | |
| 7 | Email string dated 5/17/06, subject: "RE Career Center" (Oilpro_0023164) | | | | |
| 8 | Email string 11/3/06, Matthew Kent to customer, subject: "RE: Rigzone Advertising" (Oilpro_0023174) | | | | |
| 9 | Email string dated 1/29/07, subject: "RE Chevron and Rigzone2," with attached "Chevron_Agreement.pdf" (Oilpro_0023165 - 68) | | | | |
| 10 | Email string dated 1/29/07, subject: "Scorpion," with attached "Scorpion_Ad_Agreement.pdf" (Oilpro_0023216 - 18) | | | | |
| 11 | Email 9/11/2007 from Liz Tysall, subject: "Secretarial Resumes" (Oilpro_0023248) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ADMIT DATE |
|---|---|---|---|---|---|
| 12 | Email string dated 4/10/08, subject: "RE Rigzone CC and COP" (Oilpro_0023176 - Oilpro_0023177) | | | | |
| 13 | Powerpoint 7/22/10, "Rigzone.com Strategic Rationale for Acquisition - Dice Holdings, Inc." (Oilpro_0023076-102) | | | | |
| 14 | Email string 9/15/10, subject: "Fwd: FW: WWW & Rigzone pricing" (Oilpro_0029179-82) | | | | |
| 15 | Document titled, "WorldWideWorker Secret Shopper" (Oilpro_0029183-29193) | | | | |
| 16 | Summary Appraisal Report of The Acquired Assets of Rigzone.com, Inc. (DHI_0001338-1418) | | | | |
| 17 | Email string 2/15/2011 between Kent and Norville, subject: "Re: New Domain" (Oilpro_0029198-99) | | | | |
| 18 | Email string 1/15/12 between Kent and Norville, subject: "Re: SIOPCO" (Oilpro_0029300) | | | | |
| 19 | Email 1/17/12 Norville to Kent, subject: "Next?" (Oilpro_0029301) | | | | |
| 20 | Dice Holdings 2012 ASC 350 Analysis: Energy (DHI_0000378-401) | | | | |
| 21 | Rigzone Privacy Policy - 11/01/2012 (DHI_0007245-7248) | | | | |
| 22 | Email string 11/30/12 between Kent and Fairbanks, subject: "RE: GEC brainstorm" (Kent Depo. Exh. 10 / FAIRBANKS001175-76) | | | | |
| 23 | 2014 Rigzone Strategy Session.docx (DHI_0053589-53603) | | | | |
| 24 | Email string 8/21/13 between E. Lesser and P. Henderson, subj: "RE: Evan & Dice 2014 strategy & planning" (DHI_0054962-63) | | | | |

3

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 25 | LinkedIn letter to DHI dated 9/10/13, with attachments (DHI_0024650-62) | | | | |
| 26 | Email string 9/13/13, subject: "RE: RIGZONE - Free CV Database Search" (DHI_0012162-65) | | | | |
| 27 | Rigzone December 2013 Monthly Business Review (DHI_0001693 - DHI_0001708) | | | | |
| 28 | Rigzone Privacy Policy - 01/09/2014 (DHI_0007241-44) | | | | |
| 29 | Putters and Projects (Oilpro_0025453-Oilpro_0025458) | | | | |
| 30 | Agenda Defining a Winning Strategy for Dice Holdings (Roberts Depo. Exh. 83 / DHI_0070774-0070776) | | | | |
| 31 | Dice OilCareers.com Proposal Transaction for Approval March 5, 2014 Presentation (Roberts Depo. Exh. 96 / DHI_0127107 - 0127122) | | | | |
| 32 | Rigzone Monthly Business Review - Financial Review February 2014 (DHI_0001764-67) | | | | |
| 33 | Email 3/25/14 Bumby to Lisby and attached LinkedIn export of contacts (Bumby Dep. Ex. 64 / Oilpro_0013975-14234) | | | | |
| 34 | Dice 10-K for 2013 (DHI_0018217-18451) | | | | |
| 35 | Grant Thornton Valuation of Dice Acquired Intangible Assets of OilCareers as of March 18, 2014 (Roberts Depo. Exh. 95-D / DHI_0000553-598) | | | | |
| 36 | Mandiant Forensic Exam Report dated July 31, 2014 (Braddy Depo Exh. 14) | | | | |
| 37 | Email string 10/8/14 between D. Kent and Fairbanks, subject: "Thanks" (Oilpro_0023046 - 47) | | | | |

4

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 38 | Dice Holdings, Inc. 10-K 2014 (JOHNSON_0000833-946) | | | | |
| 39 | Rigzone Terms & Conditions, updated March 20, 2015 (Norville Dep.Ex. 46 / DHI_0192887-0192893) | | | | |
| 40 | Dufrin email re Operation Resume Hoard (Dufrin Depo Exh. 45 at Oilpro_0000704) | | | | |
| 41 | Dufrin email re Operation Resume Hoard (Dufrin Depo Exh. 45 at Oilpro_0001012) | | | | |
| 42 | Dice Monthly Business Review March 2015, dated 4/14/15 (Roberts Depo. Exh. 91 / DHI_0002235-0002256) | | | | |
| 43 | Email string 4/30/2015 from Chana, subject: "RE: Status Update: Rigzone/OpenWeb standalone prototype" (DHI_0023219-23) | | | | |
| 44 | LinkedIn letter to DHI dated 5/6/15, with attachments (DHI_0024629-46) | | | | |
| 45 | Dufrin email re Operation Resume Hoard (Dufrin Depo Exh. 45 at Oilpro_0002702-03) | | | | |
| 46 | Oil & Gas Job Search - Brad Smith Annual Package (OilPro_0030099-0030101) | | | | |
| 47 | Text message with Chez 6/16/15 (Oilpro_0029102) | | | | |
| 48 | Calendar invites for 2015-08-06 call , Subject: FW: Rigzone - OilPros Call (DHI_0005574 & DHI_0005575) | | | | |
| 49 | LinkedIn letter to DHI dated 8/7/15 (DHI_0024647-49) | | | | |
| 50 | Document file named "DHI_ASC 350_Energy_Step2_Report+Sched_10-1-15.pdf" (DHI_0000107-174) | | | | |
| 51 | Profuse Presentation (Antonini Depo. Exh. 68 / FAIRBANKS000922-939) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 52 | Calendar entry dated 10/27/2015, Subject: Oilpro Update (DHI_0191803) | | | | |
| 53 | Email string dated 10/28/2015, Subject: RE: Oilpro Update - How about this (DHI_0017139-40) | | | | |
| 54 | Email string dated 10/29/2015, Subject: RE: Profuse Networks / Oilpro Deck (DHI_0191841-42) | | | | |
| 55 | Email string 10/30/15 between Kent and Durney, subject: "RE: Profuse Networks / Oilpro Deck" (Durney Depo Exh. 5 / Oilpro_0001376-77) | | | | |
| 56 | 11/20/15 email string between Norville and FBI, subject: "RE: Investigation Status" (Norville Depo Exh. 56 / DHI_0191952-55) | | | | |
| 57 | Email string 11/25/15 between D. Kent and M. Durney, subject: "Re: Profuse / Oilpro Discussion" (DHI_0016810-20) | | | | |
| 58 | Rigzone as a job board (DHI_0023911-13) | | | | |
| 59 | Email string 12/4/15 between Norville and FBI, subject: "RE: Request for Information - New York List and Resumes" (Norville Depo. Exh. 57 / DHI_0192015-16) | | | | |
| 60 | OilPro 12/8/15 Meeting in NY - Calendar Item (DHI_0005581) | | | | |
| 61 | Email dated 12/8/15, subject: "RE: Rigzone - Upcoming Service Expiration" (DHI_0008626-29) | | | | |
| 62 | DHI Group, Inc. 10-K 2015 (JOHNSON_0000947-1048) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 63 | DHI Group, Inc. 10-K 2015 cover page and CFO Certifications (Roberts Depo. Exh. 87 / JOHNSON_0000947, 1046 & 1048) | | | | |
| 64 | DHI Reports Fourth Quarter and Full-Year 2015 Results (Roberts Depo. Exh. 86 / Oilpro_0008660-0008675) | | | | |
| 65 | Kent Family Photo (Oilpro_0023034 - Oilpro_0023034) | | | | |
| 66 | Email string 1/6/16 between Kent and Durney, subject: Re: Profuse / Oilpro Discussion (Durney Depo Exh. 6 / OIlpro_0002879-2906) | | | | |
| 67 | Rigzone Purchase Agreement with Petronas 1/13/16 (DHI_0014068-71) | | | | |
| 68 | Calendar invites for 2016-01-15 meeting , Subject: Prep Meeting (DHI_0005583 & DHI_0005584) | | | | |
| 69 | Email 1/19/16 from Megan Henderson, subject: "RE: Spencer Ogden Feedback" (DHI_0005044-47) | | | | |
| 70 | Email dated 2/3/16, subject: "RE: Interaction Stats" (DHI_0007541-42) | | | | |
| 71 | Grant Thornton FASB ASC 350 Analysis as of October 1, 2015, dated 2/8/16 (DHI_0000175-377) | | | | |
| 72 | Calendar invite for 2016-02-12 meeting , Subject: OilPro Follow-up Call (DHI_0005585 & DHI_0005586) | | | | |
| 73 | Email string 2/19/16, subject: "FW: PFP BoD deck final draft v.2.0" (DHI_0151207) | | | | |
| 74 | Table: Member Activities By Month (Livingston Ex. 79) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 75 | Email string 3/7/16 - 3/8/16 between C. Norville and FBI, Subj.: Brad@virtualbench, Progressive, Spencer-Ogden (Norville Dep.Ex.50 / DHI_0017601-17604) | | | | |
| 76 | Email dated 3/24/2016, Subject: RZ presentation, and attached Rigzone CE2 Presentation Deck (Roberts Depo. Exh. 85 / DHI_0153849-0153899) | | | | |
| 77 | Data Purchase Agreement dated 3/25/2016 between SIOPCO and Oil & Gas People (Oilpro_Beaton_0006550 - 6565) | | | | |
| 78 | Calendar invite for 2016-04-05 call, Subject: FW: Call with DHI (DHI_0005588) | | | | |
| 79 | Calendar invite for 2016-04-13 meeting, Subject:  (DHI_0005596 & DHI_0005597) | | | | |
| 80 | Rigzone Open Web Meeting Report dated 8/31/15 (DHI_0024362-63) | | | | |
| 81 | 4/13/16 Rigzone email, subject: "Rigzone Open Web Progress" (DHI_0024324-25) | | | | |
| 82 | Powerpoint, "Rigzone + Open Web Data Analysis: Open Web Stand-Alone Prototype - August 2015" (DHI_0024328-53) | | | | |
| 83 | Email dated 5/4/16, Subject: FW: Q1 2016 Analyst Notes Summary (Roberts Depo. Exh. 89 / DHI_0024528-0024531) | | | | |
| 84 | Email 5/10/16 Averickmedia File Download Link (Oilpro_0023008-10) | | | | |
| 85 | Calendar invites for 2016-05-19 call , Subject: Oilpro Group TC (DHI_0005608 & DHI_0005609) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ ADMIT DATE |
|---|---|---|---|---|---|
| 86 | Calendar entry dated 5/24/2016, Subject: Oilpro: Telephone Conference with DOJ (Roberts Depo. Exh. 94 / DHI_0005610) | | | | |
| 87 | Email string 5/25/16 from David Kent, subject: "Resume Download" (Oilpro_0023068 - Oilpro_0023069) | | | | |
| 88 | Calendar invite for 2016-05-25 meeting, Subject: Oilpro Meeting (DHI_0005613 & DHI_0005614) | | | | |
| 89 | Vendor Payment Screen re Averickmedia payment (Oilpro_0023007) | | | | |
| 90 | Rigzone Hours Estimate for Access Event (Durney Depo Exh. 2 / DHI_0000091) | | | | |
| 91 | Email 9/28/16, A. Lemmer to Aramco, subject: "ASC Partner Solutions," with attached Rigzone powerpoint, "Rigzone Solutions - Aramco Services Company, September 2016" (DHI_0009391-9426) | | | | |
| 92 | Email 11/7/16, F. Card to Total customer, subject: "FW: Rigzone Partner-Solutions" (DHI_0014953-54) | | | | |
| 93 | Dice Holdings, Inc. 10-K 2016 (JOHNSON_0001049-1160) | | | | |
| 94 | Wire Transaction Detail 9/29/17 (Oilpro_0023130) | | | | |
| 95 | Fax 10/10/2017 from Spears to Citibank, Re: Outgoing Wire (Oilpro_0023004) | | | | |
| 96 | Wire Transaction Detail 10/10/17 (Oilpro_0023131) | | | | |
| 97 | Wire Transaction Detail 10/10/17 (Oilpro_0023132) | | | | |
| 98 | Rigzone Confluence Timeline (Norville Depo. Exh. 52 / DHI_0024616-19) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ADMIT DATE |
|---|---|---|---|---|---|
| 99 | Wayback Machine - Rigzone 2018-08-31 (Oilpro_0024776) | | | | |
| 100 | Wayback Machine - Rigzone 2018-08-31 (Oilpro_0024777) | | | | |
| 101 | Wayback Machine - Rigzone 2018-08-31 (Oilpro_0024778-79) | | | | |
| 102 | American Society of Appraisers Business Valuation Standards (pg. 43) (JOHNSON_0000004-51) | | | | |
| 103 | Admin System Concerns (Oilpro_0023005) | | | | |
| 104 | FEyeDHI_00001.pdf (FEyeDHI_00001) | | | | |
| 105 | FEyeDHI_00002-FEyeDHI_00280.pdf (FEyeDHI_00002) | | | | |
| 106 | Spreadsheet, file name "Oilpro Member Activity by Month.xlsx" (Oilpro-LIVINGSTON 0000002) | | | | |
| 107 | Report - 111k Incorrect.sql (Oilpro-LIVINGSTON 0000003) | | | | |
| 108 | Report - Member Sources.sql (Oilpro-LIVINGSTON 0000004) | | | | |
| 109 | Report - Members PVs Revenue by Month.sql (Oilpro-LIVINGSTON 0000005) | | | | |
| 110 | Spreadsheet, file name "Oilpro Members by Source.xlsx" (Oilpro_0008682) | | | | |
| 111 | Spreadsheet, file name "RigzoneID_Email.csv" (Oilpro_0008683) | | | | |
| 112 | Step 2 - Create Source Tables.sql (Oilpro_0008685) | | | | |
| 113 | Step 3 - Never Emailed Before.sql (Oilpro_0008686) | | | | |
| 114 | Step 4 - Load Member Source Tables.sql (Oilpro_0008687) | | | | |

**Joint Pre-Trial Order – 2d Amended Attachment A-2**

| EXH. NO. | DESCRIPTION | OFFR | OBJ | ADMIT DATE | N/ADMIT DATE |
|---|---|---|---|---|---|
| 115 | Kent Handwritten Notes to Casey Kent (Oilpro_0023011 - Oilpro_0023022) | | | | |
| 116 | Prison Journal (Oilpro_0024773) | | | | |
| 117 | Prison Journal (Oilpro_0024774) | | | | |
| 118 | Prison Journal (Oilpro_0024775) | | | | |
| 119 | Oilpro Remediation Expenses and Support (Exhibit B to expert report of John T. Myers) | | | | |
| 120 | Oilpro Financials 2012 (Oilpro_0008676) | | | | |
| 121 | Oilpro Financials 2013 (Oilpro_0008677) | | | | |
| 122 | Oilpro Financials 2014 (Oilpro_0008678) | | | | |
| 123 | Oilpro Financials 2015 (Oilpro_0008679) | | | | |
| 124 | Oilpro Financials 2016 (Oilpro_0008680) | | | | |
| 125 | Oilpro Financials May 2017 (Oilpro_0008681) | | | | |
| 126 | OilPro Terms and Conditions (Docket Entry #63-1) | | | | |

**FOLEY & LARDNER LLP**

By: */s/ James G. Munisteri*

**James G. Munisteri**
Texas Bar No. 14667380
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
jmunisteri@foley.com

**Sara Ann Brown**
Texas Bar No. 24075773
2021 McKinney, Suite 1600
Dallas, Texas 75201-3340
sabrown@foley.com

**Attorneys for Defendants David W. Kent Jr. and Single Integrated Operations Portal, Inc. d/b/a Oilpro and Oilpro.com**

## CERTIFICATE OF SERVICE

I certify that on November 4, 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

*/s/ Sara Ann Brown*
**Sara Ann Brown**

4841-1199-7392.1