COURTROOM MINUTES

JUDGE Hittner                                                                     PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER         Heather Alcaraz

LAW CLERK              Chuck Matula

MORNING                    AFTERNOON
SESSION 10:15 - 12:45      SESSION 1:45 - 3:30       DATE: 11/6/20

---

DOCKET ENTRY

(DH) 4:16-1670                    (Rptr- Heather Alcaraz                    )
        (PROCEEDING: Final Pretrial Conference        )

DHI Group, Inc.,              V.   David W. Kent

   Appearances: For Plaintiff: W. Lynch, A. Halevy and J. Golinkin

   For Defendants: J. Munisteri, S. Brown and Kent Rutter

Final Pretrial Conference held.   Rulings made as stated on the record.

===========================================================================

Witnesses: