# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., | |
| *Plaintiffs,* | |
| v. | C.A. NO.: 16-cv-01670 |
| DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ET AL., | |
| *Defendants.* | |

## PLAINTIFFS' PROPOSED COURT STATEMENT TO JURY REGARDING DAVID KENT'S ABSENCE FROM COURTROOM

"Due to circumstances beyond his control, David Kent will not be physically present in the courtroom for the remainder of the trial."

Respectfully Submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: /s/ *Walter Lynch*
  **Walter Lynch**
  State Bar No. 24046330
  Federal ID No. 965265
  **Amir Halevy**
  State Bar No. 24065356
  Federal ID No. 1259956
  **Joseph ("Jeb") W. Golinkin II**
  State Bar No. 24087596
  Federal ID No. 2515657
  1980 Post Oak Blvd., Ste. 2300
  Houston, Texas 77056
  713-955-4020 (Telephone)
  wlynch@jlcfirm.com
  ahalevy@jlcfirm.com
  jgolinkin@jlcfirm.com

## Certificate of Service

I certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

                                          /s/ *Jeb Golinkin*
                                          Joseph W. Golinkin II