## COURTROOM MINUTES

JUDGE  Hittner                                          PRESIDING

COURTROOM CLERK    E. Alexander

COURT REPORTER     Heather Alcaraz

LAW CLERK          Chuck Matula

MORNING SESSION _____    AFTERNOON SESSION 4:35 - 4:50    DATE: 3/26/21

---

DOCKET ENTRY

(DH) 4:16-1670            (Rptr- Heather Alcaraz)
(PROCEEDING: 11th day jury trial)

DHI Group, Inc.,            V.   David W. Kent

Appearances: For Plaintiff: W. Lynch, A. Halevy and J. Golinkin

For Defendants: J. Munisteri, S. Brown and Kent Rutter

Jury Deliberations held and concluded. Verdict in favor of the Plaintiff. Final Judgment to enter.

Witnesses: