United States District Court
Southern District of Texas
**ENTERED**
April 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC. *and* RIGZONE.COM, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-16-1670 |
| DAVID W. KENT, JR. *and* SINGLE INTEGRATED OPERATIONS PORTAL, INC., | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Having considered the jury's verdict, submissions, and applicable law, the Court hereby

**ORDERS** that final judgment be entered in favor of Plaintiff Rigzone.com, Inc. in the amount of $3,003,036.90. The Court further

**ORDERS** that Plaintiff DHI Group, Inc. take nothing. The Court further

**ORDERS** that Defendants take nothing. Pre-judgment interest, post-judgment interest, attorneys' fees, and costs will be determined at a later date.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this 31 day of March, 2021.

DAVID HITTNER
United States District Judge