United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DHI GROUP, INC. *and* <br> RIGZONE.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID W. KENT, JR. *and* SINGLE INTEGRATED OPERATIONS PORTAL, INC., <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. H-16-1670 |

## ORDER

Pending before the Court is Defendants' Motion to Apply Offset and for Relief Under Rules 50, 59, and 60 (Document No. 389). Having considered the motion, submissions, and applicable law, the Court determines the motion should be denied.[1] Accordingly, the Court hereby

**ORDERS** that Defendants' Motion to Apply Offset and for Relief Under Rules 50, 59, and 60 (Document No. 389) is **DENIED**.

---

[1] Also pending before the Court are Defendants' Rule 54 Motion for Fees and Costs (Document No. 386) and Plaintiff's Motion for an Award of Statutory Attorney's Fees, Costs, and Pre-Judgment Interest and Post-Judgment Interest (Document No. 387). The Court will address these motions in a separate order.

SIGNED at Houston, Texas, on this **29** day of April, 2021.

_____
DAVID HITTNER
United States District Judge