IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | |
|---|---|
| DHI GROUP, INC. and RIGZONE.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID W. KENT, JR., and SINGLE INTEGRATED OPERATIONS PORTAL, INC., <br><br> Defendants. | Civil Action No. H-16-1670 |

## NOTICE OF APPEAL

David W. Kent Jr. and Single Integrated Operations Portal Inc. appeal to the

U.S. Court of Appeals for the Fifth Circuit from the *Final Judgment* that this Court

entered April 1, 2021 (Doc. 385), and the *Order* entered April 29, 2021 (Doc. 402).


Respectfully submitted,

*/s/ James G. Munisteri*
James G. Munisteri
Texas Bar No. 14667380
jmunisteri@foley.com
S.D. Tex. Bar No. 7294
Sara Ann Brown
Texas Bar No. 24075773
sabrown@foley.com

Foley & Lardner LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002-2099
Tel:   713.276.5500
Fax:   713.276.5555

**Counsel for Defendants**