# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DHI GROUP, INC. F/K/A DICE HOLDINGS, INC. AND RIGZONE.COM, INC., *Plaintiffs,* v. DAVID W. KENT, JR., SINGLE INTEGRATED OPERATIONS PORTAL, INC. D/B/A OILPRO AND OILPRO.COM, ET AL., *Defendants.* | Civil Action No. 16-1670 |

**PLAINTIFFS' NOTICE OF APPEAL**

DHI Group, Inc. and Rigzone.com, Inc. appeal to the U.S. Court of Appeals for the Fifth Circuit from the *Order* this Court entered August 23, 2021 (Doc. 432).

1

      Respectfully Submitted,

      JORDAN, LYNCH & CANCIENNE PLLC

      By: /s/ *Walter Lynch*
        **Walter Lynch**
        State Bar No. 24046330
        Federal ID No. 965265
        **Amir Halevy**
        State Bar No. 24065356
        Federal ID No. 1259956
        **Joseph ("Jeb") W. Golinkin II**
        State Bar No. 24087596
        Federal ID No. 2515657
        1980 Post Oak Blvd., Ste. 2300
        Houston, Texas 77056
        713-955-4020 (Telephone)
        wlynch@jlcfirm.com
        ahalevy@jlcfirm.com
        jgolinkin@jlcfirm.com

## Certificate of Service

    I certify that September 2, 2021, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

                                  /s/ *Jeb Golinkin*
                                Joseph W. Golinkin II