**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

DHI Group, Inc., et al.

*versus*                                                         Case Number: 4:16–cv–01670

David W. Kent, Jr., et al.

## **NOTICE OF NON–COMPLIANCE**

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: September 17, 2021.

Nathan Ochsner, Clerk